UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

N.A. LAMBRECHT, et al.,                    )
                                           )
            *Plaintiff*,                    )
                                           )          1:08-cv-0068-WTL-TAB
     vs.                                    )
                                           )
SIDNEY TAUREL, et al.,                     )
                                           )
            *Defendant.*

**ENTRY FOR FEBRUARY 22, 2010**
**HONORABLE WILLIAM T. LAWRENCE**

This cause is set for an preliminary approval hearing on **March 10, 2010 at 9:30**

**a.m.** in Room 303, Birch Bayh Federal Building and U.S. Courthouse, 46 E. Ohio

Street, Indianapolis, Indiana.

If you have questions or need assistance regarding the hearing before Judge

Lawrence, please call Jennifer Ong, Courtroom Deputy Clerk (317) 229-3615 or Libby

Morrow, Administrative Assistant (317) 229-3610.

Copy to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Peter T. Barbur
CRAVATH SWAINE & MOORE LLP
pbarbur@cravath.com

Michael E. Baughman
PEPPER HAMILTON LLP
baughmanm@pepperlaw.com

David C. Campbell
BINGHAM MCHALE LLP
dcampbell@binghammchale.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Richard D Greenfield
GREENFIELD & GOODMAN LLC
whitehatrdg@earthlink.net

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Robert L. Hickok
PEPPER HAMILTON LLP
hickokr@pepperlaw.com

Duane L. Loft
CRAVATH SWAINE & MOORE LLP
dloft@cravath.com

Kyle W. Mach
CRAVATH SWAINE & MOORE LLP
kmach@cravath.com

Karen L. Morris
MORRIS & MORRIS LLC
kmorris@morrisandmorrislaw.com

Patrick F. Morris
MORRIS AND MORRIS LLC
pmorris@morrisandmorrislaw.com

Marc J.M. Moss
MARC J.M. MOSS, ESQ.
mmoss@mosslawllc.com

Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

Paul T. Warner
THE WARNER LAW FIRM
pwarner@warner-law.net