UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| N.A. LAMBRECHT, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0068- WTL-TAB |
| | ) | |
| SIDNEY TAUREL, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This cause is assigned for a **telephonic status conference on March 4, 2010, at 3:00 p.m.**  The purpose of this conference is to address the parties' proposed settlement.  Parties shall appear by counsel, who shall contact the Court at 317-229-3660.

Dated:   02/22/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Peter T. Barbur
CRAVATH SWAINE & MOORE LLP
pbarbur@cravath.com

Michael E. Baughman
PEPPER HAMILTON LLP
baughmanm@pepperlaw.com

David C. Campbell
BINGHAM MCHALE LLP
dcampbell@binghammchale.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Richard D Greenfield
GREENFIELD & GOODMAN LLC
whitehatrdg@earthlink.net

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Robert L. Hickok
PEPPER HAMILTON LLP
hickokr@pepperlaw.com

Duane L. Loft
CRAVATH SWAINE & MOORE LLP
dloft@cravath.com

Kyle W. Mach
CRAVATH SWAINE & MOORE LLP
kmach@cravath.com

Karen L. Morris
MORRIS & MORRIS LLC
kmorris@morrisandmorrislaw.com

Patrick F. Morris
MORRIS AND MORRIS LLC
pmorris@morrisandmorrislaw.com

Marc J.M. Moss
MARC J.M. MOSS, ESQ.
mmoss@mosslawllc.com

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

Paul T. Warner
THE WARNER LAW FIRM
pwarner@warner-law.net

Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963