IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| N A. Lambrecht and Jeffrey P. Jannett, Derivatively and on Behalf of Nominal Defendant Eli Lilly & Company,<br><br>    Plaintiffs,<br><br>  v.<br><br>Sidney Taurel, John C. Lechleiter, Sir Winfried Bischoff, J. Michael Cook, Franklyn G. Pendergast, Kathi P. Seifert, George M. Fisher, Alfred G. Gilman, Martin S. Feldstein, J. Erik Fyrwald, Ellen R. Marram, Sir John Rose, Charles E. Golden, Steven C. Beering, August M. Watanabe, Linda Lay, Randall L. Tobias and J. Clayburn LaForce, Jr.,<br><br>    Defendants.<br><br>  -and-<br><br>ELI LILLY & COMPANY,<br><br>    Nominal Defendant. | Civil Action No. 08-cv-0068 WTL-TAB |

**UNOPPOSED MOTION FOR ENTRY OF**
**PRELIMINARY APPROVAL ORDER**

   Plaintiffs respectfully request that the Court enter the [Proposed] Preliminary Approval Order, in the manner and form submitted as Exhibit C to the Stipulation of Settlement (the "Stipulation") filed herewith.  The Preliminary Approval Order, if approved by the Court, will:

  (a) preliminarily approve the proposed Settlement as set forth in the Stipulation;

(b) establish a procedure for Lilly Shareholders to follow should they wish to object to the proposed Settlement, including setting a date by which any such objections must be made;

(c) direct that the Notice of Eli Lilly & Company Derivative Actions Settlement (the "Settlement Notice"), substantially in the form attached as Exhibit D to the Stipulation, be mailed to the last known address of Lilly Shareholders as of the Record Date of February 12, 2010 and that the Summary Notice, substantially in the form attached as Exhibit E to the Stipulation, be published in accordance with the terms of the Stipulation; and,

(d) schedule a hearing for the Court to consider final approval of the Settlement, and the application for an award of attorneys fees, inclusive of expenses, and incentive awards to Plaintiffs (the "Settlement Hearing").

This unopposed motion is supported by the Stipulation (and exhibits thereto), Plaintiffs' Memorandum in Support of Preliminary Approval of Proposed Settlement, submitted herewith, and all pleadings filed in the case and such additional evidence or argument as maybe presented to the Court.

Plaintiffs' counsel, after conferring with defense counsel, offer for the Court's consideration the following proposed schedule of dates for the various events leading up to and including the Settlement Hearing:

| EVENT | TIME |
|---|---|
| Mailing of the Settlement Notice to Lilly Shareholders | Within 5 days of entry of the Preliminary Approval Order |
| Publication of Summary Notice | Within 10 days of entry of the Preliminary Approval Order |
|  |  |

| | |
|---|---|
| Filing of initial brief in support of final approval of Settlement | 28 days prior to the Settlement Hearing |
| Last day for Shareholders to file any objection to the Settlement | 14 days prior to the Settlement Hearing |
| Filing of supplemental briefs in support of final approval of Settlement, as necessary | Up to 7 days prior to the Settlement Hearing |
| Settlement Hearing | Approximately 45 days following the entry of the Preliminary Approval Order |

WHEREFORE, Plaintiffs respectfully request that the form of [Proposed] Preliminary Approval Order (Exhibit C to the Stipulation), be entered granting preliminary approval to the proposed Settlement, setting a date for the Settlement Hearing and ordering notice to Lilly Shareholders of record (in the forms attached as Exhibits D and E to the Stipulation), to be disseminated in the manner as provided in the Stipulation.

Respectfully submitted,

s/Karen L. Morris
Karen L. Morris
Patrick L. Morris
MORRIS AND MORRIS LLC
 COUNSELORS AT LAW
4001 Kennett Pike, Suite 300
Wilmington, DE 19807
Phone: (302) 426-0400
Fax: (302) 426-0406
kmorris@morrisandmorrislaw.com

Richard D. Greenfield
GREENFIELD & GOODMAN LLC
780 Third Avenue, 48th Floor
New York, NY 10017
Phone: (410) 745-4149
Fax: (410) 745-4158
whitehatrdg@earthlink.net

          James P. Strenski
          CANTRELL, STRENSKI &
           MEHRINGER, LLP
          2400 Market Tower
          10 West Market Street
          Indianapolis, IN  46204
          Phone: (317) 352-3500
          Fax: (317) 352-3501
          jstrenski@csmlawfirm.com


          David C. Campbell
          BINGHAM MCHALE LLP
          10 West Market Street, Suite 2700
          Indianapolis, IN  46204-4900
          Phone: (317) 635-8900
          Fax: (317) 236-9907
          dcampbell@binghammchale.com

          *Counsel for Plaintiffs*


**CERTIFICATE OF SERVICE**

 I hereby certify that on February 25, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Michael E. Baughman
Robert L. Hickok
PEPPER HAMILTON LLP
baughmanm@pepperlaw.com
hickokr@pepperlaw.com

Christopher G. Scanlon
Matthew T. Albaugh
BAKER & DANIELS
chris.scanlon@baker.com
matthew.albaugh@bakerd.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

4

Peter T. Barbur
Duane L. Loft
Kyle W. Mach
CRAVATH SWAINE & MOORE LLP
pbarbur@cravath.com
dloft@cravath.com
kmach@cravath.com

Marc J.M. Moss
MARC J.M. MOSS, ESQ.
mmoss@mosslawllc.com

Paul T. Warner
THE WARNER LAW FIRM
pwarner@warner-law.net

                                             /s/ Patrick F. Morris