IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| N A. Lambrecht and Jeffrey P. Jannett, Derivatively and on Behalf of Nominal Defendant Eli Lilly & Company,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Sidney Taurel, John C. Lechleiter, Sir Winfried Bischoff, J. Michael Cook, Franklyn G. Pendergast, Kathi P. Seifert George M. Fisher, Alfred G. Gilman, Martin S. Feldstein, J. Erik Fyrwald, Ellen R. Marram, Sir John Rose, Charles E. Golden, Steven C. Beering, August M. Watanabe, Linda Lay, Randall L. Tobias and J. Clayburn LaForce, Jr.,<br><br>　　　　　Defendants.<br><br>　　-and-<br><br>ELI LILLY & COMPANY,<br><br>　　　　　Nominal Defendant. | Civil Action No. 08-cv-0068 WTL-TAB |

**SUMMARY NOTICE OF PENDENCY OF SHAREHOLDER DERIVATIVE ACTION, PROPOSED SETTLEMENT, AND SETTLEMENT HEARING**

TO:　ALL PERSONS WHO OWNED ELL LILLY & COMPANY ("LILLY") COMMON STOCK AS OF FEBRUARY 12, 2010.

　　YOU ARE HEREBY NOTIFIED that the parties to the above-captioned derivative action have reached a settlement to resolve the issues raised in the Derivative Actions (as that term is defined in the Stipulation of Settlement).

PLEASE BE FURTHER ADVISED that pursuant to an Order of the United States District Court for the District of Indiana, a hearing will be held before the Honorable William T. Lawrence in the United States District Court for the District of Indiana, 46 E. Ohio Street, Indianapolis, IN 46204, at __:00 _.m., on _____ __, 2010 to determine whether:  (i) the proposed settlement should be approved by the Court as fair, reasonable, and adequate; (ii) the Derivative Actions should be dismissed with prejudice; (iii) the Court should award of attorneys' fees and reimbursement of expenses for Plaintiffs' Counsel, and in what amount, and (iv) the Court should pay incentive awards to Plaintiffs to be paid out of any attorneys' fees awarded by the Court, and in what amount.

If you are a current holder of Lilly common stock, you may have certain rights in connection with the proposed settlement.  If you have not yet received a copy of the full printed Notice of Eli Lilly & Company Settlement of Derivative Claims, you should obtain a copy by contacting the Notice Administrator at:

   [Insert address and toll free number]

If you are a current holder of Lilly common stock and do not take steps to appear in this action or to object to the proposed settlement, you will be bound by the Order and Final Judgment of the Court, you will forever be barred from raising an objection to such settlement in this or any other action or proceeding, and certain claims that you might have may be released.

You may obtain further information by writing to the Notice Administrator at the address specified above or to the Plaintiffs' Counsel listed in the Notice.

PLEASE DO NOT TELEPHONE THE COURT OR LILLY REGARDING THIS NOTICE

s/ _____
By Order of the Court
CLERK OF THE COURT