**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **N A. Lambrecht and Jeffrey P. Jannett,** | ) | |
| **Derivatively and on Behalf of Nominal** | ) | |
| **Defendant Eli Lilly & Company,** | ) | |
| | ) | **Civil Action No. 08-cv-0068 DFH TAB** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Sidney Taurel, John C. Lechleiter,** | ) | |
| **Sir Winfried Bischoff, J. Michael Cook,** | ) | |
| **Franlyn G. Pendergast, Kathie P. Seifert** | ) | |
| **George M. Fisher, Alfred G. Gilman,** | ) | |
| **Martin S. Feldstein, J. Erik Fyrwald,** | ) | |
| **Ellen R. Marram, Sir John Rose,** | ) | |
| **Charles E. Golden, Steven C. Beering,** | ) | |
| **August M. Watanabe, Linda Lay,** | ) | |
| **Randall L. Tobias and** | ) | |
| **J. Clayburn LaForce, Jr.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| **-and-** | ) | |
| | ) | |
| **ELI LILLY & COMPANY,** | ) | |
| | ) | |
| **Nominal Defendant.** | ) | |

## REPORT OF JAMES LAM

**INTRODUCTION**

1.      My name is James Lam.  I declare under penalties as provided by law that the statements set forth in this instrument are true and correct.  I am over the age of 21 and have personal knowledge of the facts stated herein.  I am the President of James Lam & Associates, Inc., a Wellesley, Massachusetts based consulting firm that provides consulting and training services in risk management, including board oversight and corporate governance.  Our firm was founded in January

2002.  Since that time, we have completed assignments for leading institutions across different industries and countries, including Bank of China, Citigroup, Cognos, Export Development Canada, Federal Home Loan Bank of Chicago, the Federal Reserve, First Data, GMAC, United HealthGroup, and the World Bank.  In all of our assignments, we worked directly with the board and/or corporate-level executives.  I have also personally provided risk management advisory services and training to boards of directors in the U.S. and abroad.  More information on my firm can be found on our corporate website www.jameslam.com.

      2.      I have over twenty five years of industry and consulting experience in the field of risk management.  My specialization is enterprise risk management (ERM), which represents an integrated, enterprise-wide approach to corporate governance and audit, risk management, and ethics and compliance.  From 1999 to 2002, I was Founder and Vice Chairman of ERisk, a risk management consulting and technology firm.  Prior to ERisk, I served as Chief Risk Officer and Chairman of the Global Risk Oversight Committee at Fidelity Investments where I was responsible for establishing an ERM program for the overall corporation, which at the time had 24 business units and about $700 billion in assets under management.  Prior to that, I served as Chief Risk Officer at a business unit within GE Capital, where my responsibilities included developing all of the risk management, compliance, and operational systems and processes for a new capital markets business.  In academia, I have served as an Adjunct Professor of Finance at Babson College, where I taught MBA classes in corporate risk management and advanced derivatives.  I am also a Senior Research Fellow at Beijing University.  I have published extensively on corporate governance, risk management, and related topics.  My biography, detailing my professional history and publications, is attached to my report as Exhibit A.

3.      In addition to providing risk management advice and training to boards, I have conducted significant research on the role of the board in corporate governance and risk management.  My research was part of the preparation for writing my first book *Enterprise Risk Management: From Incentives to Controls*, which was published by Wiley Finance in May 2003.  My book has been adopted as the main text by numerous universities for their MBA courses in risk management, as well as part of the core curriculum of the Society of Actuaries Level 8 (most advanced) professional certification exam.  In the past two years, I have updated and significantly expanded my research to prepare for writing my upcoming book on risk management, which will also be published by Wiley Finance.

**ASSIGNMENT**

4.      I have been asked by Plaintiffs' Counsel in the Lilly ("Lilly" or "Company") Shareholder Derivative Litigation to review the terms of the Agreement ("Agreement") and other related materials and to render an independent expert assessment of the key implications and benefits of the Agreement.  I also assisted counsel in review of proposed settlement terms during the course of the settlement negotiations.  I may supplement, refine, or revise, my analysis as appropriate based on additional testimony, documents or other materials as they become available.

5.      My Report consists of three primary conclusions with respect to the Agreement.  First, the Agreement will significantly enhance Lilly's governance structure and effectiveness at the Board level.  Second, the Agreement will significantly enhance the effectiveness of risk management processes and internal controls at the management level.  These provisions, in my professional opinion, provide a substantial benefit to Lilly.  Third, the Company should also achieve significant financial benefits in connection with the Agreement.  I will discuss each of my three conclusions in

the rest of my Report.

**The Agreement Will Significantly Enhance the Governance Structure
and Effectiveness at the Board Level**

6.    **Board Governance and Oversight**.  My first conclusion is that the Agreement

will significantly enhance the governance structure and oversight at the Board level.  The

Company has agreed to key changes in its governance, risk, and compliance practices for the

Agreed Upon Term of three years.  The governance and compliance provisions are far-reaching

and will result in significant benefits to the Company.   These changes will also bring Lilly to

best-in-class practices with respect to governance and board oversight.   With respect to

governance structure and oversight at the Board level, the Company will strengthen the charters

and oversight activities of the Public Policy and Compliance Committee with respect to non-

financial compliance and enterprise risk management, and the Science and Technology

Committee with respect to product safety and medical risk management.

7.    **Compliance Core Objective**.  The Board of Directors shall adopt a resolution

stating that the Company's compliance objectives with respect to the promotion of its products

shall include (a) delivering medical products that improve individual patient outcomes, (b)

operating in compliance with all applicable laws and regulations, (c) avoiding adverse regulatory

enforcement actions, and (d) promptly detecting, correcting, and preventing off-label promotion

activities that violate applicable law, regulation, and/or Company policy by any Lilly employee

or any person acting on Lilly's behalf.  Such resolution shall direct the Chief Executive Officer

and the Chief Ethics and Compliance Officer to take all actions necessary and appropriate to

achieve this objective.  Moreover, the Chief Executive Officer and the Chairman of the Board of

Directors shall design periodic communications regarding a culture of compliance and

4

performance with integrity, in consultation with the Chief Ethics and Compliance Officer.  The
Chief Executive Officer shall meet at least annually with senior management in the Company to
emphasize the importance of compliance and to underline expectations for their roles and their
accountability for compliance and ethics within their organizations.  In my opinion, the adoption
of such a board-level resolution, including individual accountabilities for the Chief Executive
Officer and Chief Ethics and Compliance Officer and ongoing communications at the highest
levels of the organization, provides the "tone from the top" that will drive the Company to
balance its business and financial objectives with patient care and compliance objectives.

   8. **Public Policy and Compliance Committee**.  The Company has a Public Policy
and Compliance Committee (PP&C Committee), with direct responsibility to exercise reasonable
oversight over non-financial legal and regulatory compliance, including Federal health care
programs, FDA requirements, and Good Manufacturing Practices and Good Clinical Practices
compliance and risk management.  The PP&C Committee consists of at least three members, all
of whom shall be independent directors.  Under the Agreement, the PP&C Committee will
oversee the implementation and effectiveness of the internal audit program related to non-
financial legal and regulatory compliance and has enhanced responsibilities in the areas of
compliance and risk management.  The PP&C Committee will receive regular reports from key
management oversight functions, including the Chief Ethics and Compliance Officer, the
General Auditor, and the Vice President of Quality.  In particular, the Chief Ethics and
Compliance Officer and the PP&C Committee are required to jointly develop an agenda that
specifies topics for the Chief Ethics and Compliance Officer's quarterly reporting to the PP&C
Committee with respect to the Company's compliance programs, including implementation

matters, program monitoring and adjustments, investigations and complaints, exceptions

reporting, and compliance-related staff resource allocation.  In addition, the PP&C Committee

shall receive annual or more frequent reports from (a) the Chief Ethics and Compliance Officer

concerning the design, implementation, and continuing operations of the Company's ERM

program, (b) the General Auditor concerning the integrated audit plan that relates to non-

financial legal and regulatory compliance excluding Good Manufacturing Practices and Good

Clinical Practices, and (c) the Vice President of Quality concerning the Company's annual audit

plan that relates to manufacturing quality, Good Manufacturing Practices and Good Clinical

Practices compliance.  Reporting from both the General Auditor and the Vice President of

Quality will include prompt reports of material findings, with management providing follow-up

reporting until such time as the findings have been remediated to the PP&C Committee's

satisfaction.  In addition, the Chief Ethics and Compliance Officer will provide regular reports to

the PP&C Committee concerning risk management aspects of the Company's strategic initiatives

and developments affecting Lilly's business, operations and affairs.  The PP&C Committee shall

meet at least five times per year, including at least semiannual private sessions with the above

oversight functions to discuss compliance and ERM matters without management present.  In my

opinion, the PP&C Committee represents the centralized non-financial risk management and

compliance committee for Lilly.  There is a growing trend among publicly traded companies to

establish risk committees of the board in order to ensure management has identified the most

critical risks and developed appropriate controls and plans.  These companies recognize that

their audit committees have full agendas and responsibilities in terms of financial reporting and

controls, as well as SEC and Sarbanes-Oxley requirements.  As such, these boards have

established separate risk committees to focus on risk management and compliance.  In *Boards That Deliver – Advancing Corporate Governance From Compliance to Competitive Advantage* (Wiley, 2005), best-selling author and noted board advisor Ram Charan discussed the need for boards to become more active in risk management and compliance oversight, and acknowledged that companies are thus establishing risk committees of the board.  The PP&C Committee provisions are significant and will enhance the effectiveness of this critical board oversight function.  If faithfully implemented by Lilly, adoption of these governance, risk, and compliance improvements will contribute to more effective board oversight and monitoring of non-financial legal and regulatory compliance, as well as enterprise risk management and manufacturing quality.  These improvements, together with the management supports discussed below, will likely lead to the reduction of operational, legal, regulatory, reputational, and other enterprise-wide risks for the Company.

9.      **Directors**.  The Company shall, on a prospective basis, extend to four years the "cooling off" period for former employees or related parties to be considered as independent under the Board's independence standards.  Moreover, the Company has conformed the description of the role of the Presiding Director in the Guidelines to that in its 2009 proxy statement and has agreed that the Presiding Director will be elected annually by the independent directors of the Board.   In addition, the Company will amend its Corporate Governance Guidelines to provide that all directors will be encouraged to raise and discuss items they believe should be included on the agenda for Board or committee meetings.  These provisions further strengthen the independence of the Board. In addition to board independence, the Agreement establishes key provisions for director training and orientation and Board performance assessment.  For at least the Agreed Upon Term, the

Company shall provide risk, governance, and compliance training to its directors as the Board determines is necessary to support its oversight undertakings. Moreover, the Company shall enhance its new director orientation program to include, *inter alia*, Board and Committee responsibilities set forth in the Agreement, review of the Company's compliance history and pharmacovigilence compliance risks. The Company will include in its Board and relevant Committee assessment questionnaires a specific question assessing Board and Committee performance regarding compliance and oversight, and, in considering a Board member for renomination, will consider, among other factors, that individual's objectivity, candor, ethical commitment, independence, preparedness and participation. Moreover, Lilly has agreed that the qualifications of a Board nominee will be considered, among other factors, in the context of the committee assignment the nominee would receive. This is particularly significant, in my view, for the Audit, PP&C and Science & Technology Committees, where special expertise, education and/or training are critical to effective performance. In addition, the Company has limited the number of other public company directorships a director may hold to no more than four, including Lilly. Collectively, the requirements set forth by the Agreement will enhance the independence and readiness of the Board, as well as ensure that the critical role of the Board and Committees with respect to risk management and compliance is clearly understood, monitored, and evaluated.

10.    **Director Stock-Based Compensation**.  In addition, to ensure that the financial interests of directors are aligned with long-term shareholders, the Company shall maintain its policy that Board members may not draw on the stock-based compensation they receive until after they leave the service of the Board. In my opinion, the alignment of board and executive compensation and shareholder interests is a critical element of effective risk management. Board and executive

compensation has emerged as a critical issue in the aftermath of the global financial crisis.  As I will discuss in the next section, the Agreement will establish key requirements for executive compensation.  In my opinion, this provision aligns the financial interests between board members and long-term shareholders.

      11.    **Science and Technology Committee**.  The Agreement substantially expands the role and responsibilities of the Science and Technology Committee.  The Agreement provides that Lilly shall adopt the Product Safety and Medical Risk Management Core Objective (the "Scientific Core Objective") to "assure that objective scientific inquiry, analysis and communication in matters affecting patient benefit and safety shall be of paramount importance."  The Science and Technology Committee shall provide board-level oversight of product safety and medical risk management matters and the Company's efforts to achieve the Scientific Core Objective.  Other key provisions related to the Science and Technology Committee include (a) the Committee shall amend its charter to include, among other expanded responsibilities, advising the board on scientific matters involving product safety and effectiveness, the ability to retain scientific, medical, and risk management advisors as needed to assist the board in exercising reasonable oversight of product safety and medical risk management, and the requirement for committee members to be independent; (b) the Committee shall receive annual or more frequent reports from the Chief Medical Officer that will provide reasonable assurance that effective policies and procedures are in place to achieve the Scientific Core Objective, and (c) the Committee shall receive annual or more frequent reports from the Vice President of Quality that will highlight any significant findings based on independent monitoring and audits of the policies, procedures, systems, and internal controls implemented to achieve the Scientific Core Objective.  The Science and Technology Committee also receives

reporting in connection with patient safety issues, including (a) prompt reporting from the Chief Medical Officer concerning patient safety issues relating to labeling or promotion of a product or other product safety matters where the Chief Medical Officer believes escalation of such matters to the Science and Technology Committee is desirable (provided the Chief Medical Officer has first informed and discussed the matter with the Chief Scientific Officer and the CEO); and (b) at least annual reporting regarding unresolved patient safety and utility issues that have been elevated to the Corporate Patient Safety Committee, and the remediation of those issues.  In my opinion, the adoption of the Scientific Core Objective and the improvements to the governance and reporting processes for the Science and Technology Committee will enhance Board oversight of critical risks associated with clinical development processes, patient benefit and safety, and product quality and labeling.  As such, these improvements will likely lead to enhanced control and mitigation of product liability, regulatory, and reputational risks.

12. **Board Reporting and Risk Transparency**.  The role of the board is widely recognized as critical to effective corporate governance and risk management.  However, directors are often not provided with the appropriate information or reporting.  According to a 2005 McKinsey & Company survey of more than 1,000 board members, the level of risk transparency at the board level is lacking.  The survey indicated that only 8% of directors had a complete understanding of key risks in the long-term strategy for their company, while 37% had no or limited understanding.  Collectively, the provisions in the Agreement related to board reporting will significantly increase the level of risk transparency not only at the board level, but also throughout the Company.  In my experience, the development and implementation of more effective board reports concerning risk management and compliance naturally lead to the

10

identification, collection, and analysis of critical risk and compliance information throughout an organization. In other words, improving board reporting leads to enhanced enterprise-wide risk transparency because the necessary risk and compliance information must be gathered and analyzed at all levels of the organization. In my opinion, the Agreement establishes specific and substantive requirements for periodic reports to the PP&C Committee and the Science and Technology Committee. In addition to specific reporting requirements, both committees shall conduct an annual assessment of the reporting and information flows, and make any necessary changes to maintain and enhance committee effectiveness. Beyond board reporting, the Chief Ethics and Compliance Officer will promptly report compliance matters directly to the Chair of the PP&C Committee when the Chief Ethics and Compliance Officer believes prompt reporting is warranted. Moreover, the Company shall maintain a disclosure program designed to facilitate communications related to the Company's compliance with laws, regulations, and corporate policies. The disclosure program includes a toll-free compliance telephone line and/or on-line electronic reporting to enable individuals within Lilly and externally to report directly to the Chief Ethics and Compliance Officer or his or her designee. In addition, the Company shall publicize the existence of the disclosure mechanism, maintain a disclosure log, and conduct the appropriate inquiry and take corrective actions to ensure proper follow-up. In my opinion, the combined effects of the board reporting and compliance disclosure provisions will significantly enhance risk transparency at Lilly by tapping into information sources from within and outside the Company. Enhanced risk transparency will likely result in more timely identification, reporting, and resolution of risk management and compliance issues.

**The Agreement Will Significantly Enhance the Effectiveness of**
**Internal Controls at the Management Level**

13.     **Management Control and Oversight**.  My second conclusion is that the Agreement

will significantly enhance the effectiveness of risk management processes and internal controls at the

management level.  During the Agreed Upon Term, the Company shall (a) retain and enhance the

position of the Chief Ethics and Compliance Officer, who shall be a member of the senior

management of the Company and a member of the Executive Committee, reporting directly to the

Chief Executive Officer and the PP&C Committee, (b) provide the Chief Ethics and Compliance

Officer, who is responsible for the Company's global compliance program, with sufficient staff and

funding resources including the creation of the following senior level positions:  Vice President of

Global Compliance Strategy and Enterprise Risk Management, Senior Director of Enterprise Risk

Management, Vice President of Global Ethics and Compliance Officer, Business Liaison, and CIA

(Corporate Integrity Agreement) Project Manager, (c) revise the charter of the Compliance

Committee (to be named Compliance and Risk Management Committee) to include management

oversight of both non-financial compliance-related functions as well as enterprise risk management,

(d) ensure that the Company's implementation of enterprise risk management will consider the

standards established by the COSO Enterprise Risk Management Integrated Framework and the

S&P ERM Criteria, (e) retain and enhance the position of the Chief Medical Officer and Vice

President, Global Medical, Regulatory and Safety, who shall have executive authority over all

medical physicians employed in drug development and medical research by the Company on issues

of drug utility, safety and regulatory compliance, as well as act as chairman of the Company's

Medical Review Committee, (f) provide the Chief Medical Officer with appropriate staff and

resources,  (g) require the Chief Medical Officer to take necessary steps to pursue the continuous

improvement of the Company policies, procedures, systems and internal controls designed to achieve the Scientific Core Objective, (h) require the Chief Medical Officer further to monitor the implementation of those policies and procedures, making reports on the status and findings of such monitoring annually to the Science & Technology Committee, (i) provide the Vice President of Global Patient Safety with oversight over all Product Safety Physicians (PSPs), who are responsible for full and accurate benefit/risk assessments concerning all products and product candidates, and (j) respond with disciplinary action that the Company deems appropriate if an employee has violated any Federal health care program requirement, FDA requirement, or Company policy regarding the same. In my opinion, the above management control and oversight provisions are significant in that they ensure that senior-level positions are maintained or created to oversee risk, compliance, and product safety programs and processes. These positions shall be provided with sufficient staff resources. Moreover, key reporting relationships between the senior risk, compliance, and medical executives are established with the appropriate board oversight committees as well as the PSPs, who are directly involved with specific products and product safety issues. In my opinion, these positions and reporting relationships provide an integrated governance structure at both the management and board levels. Collectively, these improvements should significantly enhance management control and oversight for regulatory compliance, enterprise risk management, and product safety.

14.     **Compliance and Compensation Linkage**. In my assessment, one of the most significant provisions of the Agreement is related to the linkage between compliance factors and executive compensation. The Compensation Committee of the Board of Directors has responsibility for approving the compensation of executive officers. The CEO will discuss the

compliance performance of the executive officers with the Compensation Committee of the Board of Directors annually, as part of a review of the performance and associated compensation decisions for executive officers.  All senior management shall include a compliance objective and measurement of that objective into their annual performance management plans.  The establishment of a compliance objective in all executive and senior management annual performance plans and reviews is significant and far-reaching because it will raise awareness and accountability for compliance and risk management at the highest levels of the Company.  The Chief Ethics and Compliance Officer shall provide compliance performance feedback for senior management to the Chief Executive Officer as part of the semi-annual executive review, as well as during the end-of-year performance review.  Moreover, the Chief Ethics and Compliance Officer shall provide compliance performance feedback for senior management to the Senior Vice President of Human Resources as input in the Company's ongoing succession management review process.  The Vice President of Human Resources, Global Compensation and Benefits shall report annually to the Compensation Committee on the results of the periodic monitoring of compliance objectives for Executive Officers.  In addition, the Vice President, Global Patient Safety, the senior executive with oversight responsibility of the Product Safety Physicians (PSPs), is required to base hiring, retention, performance evaluation, compensation and promotion decisions for PSPs on their effectiveness in promoting the Scientific Core Objective at Lilly, thereby directly aligning the PSPs' compensation and advancement with compliance to their safety function.  In my opinion, by incorporating compliance objectives into executive compensation and succession planning, these requirements will have a far-reaching impact on the culture, values, and executive/employee behavior throughout the Company.  First, I believe

14

the linkage between compliance and compensation will extend beyond the top executives to the

performance reviews and compensation systems of middle managers and other employees.

Senior executives who are accountable and rewarded for compliance will in turn make sure those

reporting to them are also accountable and rewarded.  Second, the implementation of these

requirements will likely result in the development of specific milestones to improve compliance

systems and processes, as well as key risk indicators that track risk management performance

and internal control effectiveness.  Such milestones and key risk indicators will be needed as the

criteria for assessing the compliance component of executive compensation.  Finally, these

requirements will help the Company in achieving one of the key tenets of enterprise risk

management, which is balancing the "hard side" and the "soft side" of risk management.  As

discussed in my book *Enterprise Risk Management – From Incentives to Controls,* an effective

risk management program would not only establish the overall infrastructure or "hard side" (*e.g.*,

policies, systems, reports) for risk management, but also address the "soft side" issues (*e.g.*,

culture, values, reward systems).   Based on my research and experience, the incorporation of

compliance and risk factors into executive compensation is achieved only by a small percentage

of companies.

15. **Monitoring**.  The Agreement establishes monitoring requirements, including (a)

at least annual reporting to the PP&C Committee regarding the results of annual surveys of

interactions with health care professionals set forth in the CIA , (b)  requiring that the plan for

field force monitoring to evaluate interactions with HCPs be developed each year based on a

relative assessment of potential risk for improper off-label promotion, (c) FDA-regulated speaker

program monitoring, and (d) education grant and CME monitoring.  In my opinion, these

monitoring processes, when combined with the required reporting by the Chief Ethics and

Compliance Officer to PP&C Committee, will establish an effective feedback loop for the

Company to ensure the efficacy of the policies and procedures and training and education

provisions discussed above.

16. **Exceptions to Lilly's Compliance-Related Policies.**  Any exceptions to Lilly's

compliance-related policies and procedures must be approved in advance by the Responsible

Department.  All requests for such exceptions must first be reviewed by both the Legal

Department and the Chief Ethics and Compliance Officer or his or her designee.  Any

determination by the Responsible Department that is contrary to the recommendation of the

Chief Ethics and Compliance Officer must be reported to him or her immediately.  Policy

exception reporting is a key component of any enterprise-wide compliance and risk management

program.  While compliance-related policies and procedures provide Board and management

requirements, the exception reporting processes established by this provision makes compliance

with such policies and procedures unambiguous and explicit.

17. **Non-Financial Auditing Function**.  During the Agreed Upon Term, the Company

shall design and implement integrated internal non-financial audit capabilities designed to assist the

Company in assessing and evaluating its systems, processes, policies, procedures and practices

related to the Company's Promotional and Product Services Related Function.  In addition, the

Company will conduct risk-based audits, including compliance and risk management (as determined

by the General Auditor and as reflected in the annual Integrated Audit Plan) across the enterprise.

Operational audits (also known as non-financial audits) provide ongoing and independent

assessments of key risks beyond financial and accounting controls.  In practice, operational audits

16

provide the board and senior management with identification and assessment of key risks and controls, as well as risk mitigation strategies and plans developed by the Company's compliance, risk, and audit functions.  In my opinion, these non-financial audit processes will provide management and the Board with independent assurance and verification relative to the regulatory compliance and internal controls across the enterprise, including the Company's Promotional and Product Services Related Function.  In addition, as discussed above, the Vice President of Quality shall monitor and audit the policies, procedures, systems and internal controls implemented at the Company to achieve the Scientific Core Objective, and report significant findings to the Science and Technology Committee not less than annually or promptly as needed.

18.     Both separately and in combination, the provisions discussed above will significantly enhance the governance, compliance, and risk management processes at Lilly.  The main and interrelated processes include: (a) adopting the Compliance Core Objective and Scientific Core Objective, (b) strengthening the board oversight processes at the PP&C and Science and Technology Committees, (c) providing for the staffing and resources necessary for the effective implementation, maintenance and oversight of the Settlement provisions, (d) enhancing compliance reporting and risk monitoring processes at both the management and board levels, (d) expanding non-financial operational audits to support independent risk assessments, and (e) incorporating specific compliance objectives to executive and senior management performance reviews and incentive programs.  The Settlement provisions, in my opinion, provide a substantial benefit to Lilly and its shareholders.

**Lilly Should Achieve Significant Financial Benefits In Connection With This Agreement**

19.     My third conclusion is that while Lilly has suffered substantial damage due to the issues addressed in this litigation, the Company should achieve significant financial benefits in connection with the Agreement.  These benefits would include avoiding the market value losses, regulatory fines, and other settlements and losses incurred by the Company in the past several years.  In addition, compliance with this Agreement will likely improve the Company's financial performance, enhance and maintain investor confidence, and increase market valuation.

20.     Clearly, the Company, its shareholders and employees have suffered significantly as a result of the issues raised by the Shareholder Derivative Compliant.  For example:

- Since the beginning of 2005, Lilly has recorded aggregate net pretax charges of $1.61 billion for Zyprexa product liability matters

- Lilly has paid (or will pay) a total of more than $1.3 billion ($615 million to resolve criminal charges and nearly $800 million in civil settlement) to resolve federal and state criminal and civil investigations related to off-label promotion of Zyprexa

- Since June 2005, Lilly has entered into agreements to settle a majority of the personal injury claims filed against it, as follows: (a) in June, 2005, Lilly agreed to settle more than 8,000 claims (representing about 75% of the then-pending plaintiffs), for approximately $700 million; (b) in January, 2007, Lilly settled another 18,000 claims for approximately $ 500 million; and (c) in June, 2007, Lilly settled an additional 900 lawsuits for an undisclosed sum.

In my opinion, these financial losses only represent a portion of the damage suffered by Lilly, its shareholders, and employees.  Indirect losses, such as distracted management and board, lost business opportunities, and a tarnished reputation, can often be even greater than financial losses.  As a benchmark, a number of my consulting clients estimate that their indirect losses represent between 50% and 200% of their direct losses.

21.     In terms of value creation, there is a large body of empirical, research, and survey data that would indicate companies with effective governance, risk, and compliance programs are associated with higher levels of profitability and market valuation.  In recent years, corporate governance and related topics have received significant attention not only from the media, but also researchers.  As a result, numerous research projects and surveys have been completed to evaluate the impact of sound governance standards on company performance.  While using different research methodologies, sample companies, and time periods, the key research studies and surveys have consistently indicated that companies that have adopted more stringent governance programs are associated with higher levels of profitability and market valuation.  The following provides a synopsis of six key studies:

- McKinsey and Company (2002) surveyed over 200 institutional investors in 31 different countries with a combined $9 trillion of assets under management.  They found that the large majority of investors were willing to pay a premium for companies with effective corporate governance practices.  In North America, 76% of investors were willing to pay an average premium of 12-14% of market value.

- Cremers and Nair (2003) investigated how internal governance mechanisms interacted with external governance mechanisms.  Based on equity prices from 1990 to 2001, they found that a portfolio with strong internal and external governance produced excess annualized returns of 8%.  The same companies achieved 5.5% higher ROA (return on assets).

- Gompers, Ishii, and Metrick (2003) constructed a "Governance Index" based on 24 governance rules to measure the level of shareholder rights at about 1,500 large firms.  They found that during the 1990s, an investment strategy that bought firms with the strongest rights and short firms with the weakest rights would have earned excess annualized returns of 8.5% during that period.

- Brown and Caylor (2004) analyzed the relationship between corporate governance and company performance.  They found that firms with better governance achieve better financial performance, including higher return on

equity (9.2% above industry average), higher profit margin (46% above industry average), and higher dividend payout (0.4% above industry average).

- Cheng and Wu (2005) and their research team at Institutional Shareholder Services examined the correlation between the ISS' Corporate Governance Quotient ratings and 16 financial performance metrics for more than 5,200 U.S. companies in the 2002-2004 period.  They found that companies with better corporate governance have lower risk, better profitability and higher valuation.  They found that that the top decile companies performed significant better than the bottom decile companies, including 3-to-10% versus negative return on assets; 8-to-15% versus 0.3% return on equity; and 16-to-20% vs. 10-to-15% stock price to earnings ratio.

- Hoyt and Liebenberg (2009) analyzed the relationship between the use of enterprise risk management (ERM) processes and firm value.  To control for regulatory and market differences across industries, the researchers focused on publicly-traded U.S. insurance companies.  They quantified a 16.5% "ERM premium," or a positive and statistically significant relationship between firm value and the use of ERM.

22.    While the methodologies and statistical samples used vary across the above studies, the conclusions of these studies clearly establish a positive correlation between corporate governance and financial performance.  In general, the criteria used to indicate corporate governance in these studies include standard practices for effective governance, such as (a) independent members on the board and key committees, (b) board education, (c) shareholder activism, (d) state of incorporation (*i.e.,* takeover defenses), and (e) stock ownership by board members and management.  The Agreement addresses some of the key areas (*e.g.*, independence of the board and key committees), while others are outside the scope of the Agreement.

23.    More importantly, the terms of the Agreement go beyond the standard practices used in the above studies.  As discussed previously, these terms include enhanced governance structure and oversight at both the board and management levels, ongoing reporting on the effectiveness of

the Company's compliance and medical risk management programs, and linkage between compliance and executive compensation. While previous research studies would not include such leading governance and risk management practices, Lilly's adoption of such practices should produce additional business and financial benefits.

24.     While it would be difficult to accurately quantify or estimate the exact financial benefit to Lilly, or any company, as a result of improved corporate governance and risk management, when one considers the size and scope of Lilly – $27 billion in total assets, $21 billion in revenue, $16 billion in gross profit, and $40 billion in market capitalization – even a fraction of the financial benefits indicated by the above research data would translate into substantial financial benefits to Lilly's shareholders. For example, the McKinsey survey indicated that institutional investors in the U.S. are willing to pay an average premium of 12-14% for a well governed company. If we apply even 50% of the low end of the average premium (6%) to Lilly's market capitalization it would imply an increase of $2.4 billion in shareholder value ($40 billion x 6%). In the aftermath of the global financial crisis, investors should be expected to be even more concerned about governance and risk management practices. As such, the willingness of investors to pay a significant premium for companies with comparatively superior governance, risk, and compliance controls should continue, and likely increase, on a going forward basis.

25.     In my opinion, Lilly should achieve substantial financial benefits by adopting, implementing, enhancing and/or maintaining the governance, risk, and compliance improvements contained in the Agreement. First, the probability that Lilly will pay future fines and penalties – similar to the aggregate net pretax charges of $1.61 billion recorded by Lilly for Zyprexa product liability matters since 2005 – should be significantly reduced. Based on James Lam & Associates'

client research and experiences, improvements in governance, risk, and compliance practices such as those provided for in this Agreement can lead to 30-70% in loss reduction. Second, Lilly should benefit from an increase in investor confidence that, based on the empirical research studies cited above, would lead to increased shareholder value that may range from hundreds of millions of dollars to over a billion dollars.

**CONCLUSION**

26.     In summary, my assessment is that the Agreement is far-reaching and will establish best-in-class practices in governance, risk, and compliance at Lilly. Specifically, the Agreement will improve the governance structure and oversight effectiveness at the Board level, including strengthening the charters and oversight activities of the PP&C Committee with respect to non-financial compliance and enterprise risk management, and the Science and Technology Committee with respect to product safety and medical risk management. The proposed settlement provides a sound foundation for building a disciplined culture of compliance and risk management at Lilly, with clearly defined performance objectives and reporting requirements. In my opinion, the terms of the Agreement will place Lilly at the forefront of sound corporate governance and risk management practices.

James Lam

February 22, 2010

22

# EXHIBIT A



## Exhibit A:  Biography and Published Works of James Lam

James Lam founded James Lam & Associates (JLA) in January 2002.  JLA is singularly focused on risk management, and provides consulting, software and training solutions. The firm has been selected to serve on important risk management engagements by leading institutions, including Bank of China, Citigroup, the Federal Reserve, First Data, GMAC, United HealthGroup, and the World Bank.  Mr. Lam currently serves as an advisory board member of several software firms, including Aveksa, CXO Systems, and OpenPages.

Mr. Lam has twenty years of experience in risk and business management.  He is widely noted as the first ever "chief risk officer" and an early advocate of enterprise risk management.  Previously, Mr. Lam served as Partner of Oliver Wyman, Founder and President of ERisk, Chief Risk Officer of Fidelity Investments, and Chief Risk Officer of FGIC Capital Markets Services, Inc., a GE Capital company.  His work has been profiled as best practice in case studies published by The Economist, Price Waterhouse Review, and Risk Magazine.

Mr. Lam is the author of  "Enterprise Risk Management: From Incentives to Controls," which has ranked #1 best selling among 25,000 risk management titles on Amazon.com. In 1997, Mr. Lam received the inaugural Financial Risk Manager of the Year Award from the Global Association of Risk Professionals.  Treasury & Risk Management magazine recently named him one of the "100 Most Influential People in Finance."  In a 2005 Euromoney survey, Mr. Lam was nominated by clients and peers as one of the leading risk consultants in the world.  He is a member of the Blue Ribbon Panel of PRMIA, and has worked with the IIA, RMA, SOA, and other professional associations.  Mr. Lam speaks regularly at conferences, and has appeared on national TV and cable news programs.  He has been published extensively, with over 50 articles and book chapters currently to his credit.  Mr. Lam is a contributing author of numerous books, including "Modern Risk Management: A History" (with Nobel Prize winners Markowitz, Modigliani, Samuelson, and others) and "Derivatives Handbook" (with Alan Greenspan, Merton Miller, and others).  He has been quoted in the Wall Street Journal, Financial Times, Risk Magazine, CFO Magazine, and American Banker.

Mr. Lam graduated *summa cum laude* with a BBA from Baruch College (1983), and has an MBA with honors from UCLA (1989).  He was appointed a senior research fellow at Beijing University in 2004.  Mr. Lam has lectured at Harvard Business School as the subject of a HBS case study, and has taught graduate-level courses in risk management and advanced derivatives at Babson College as an adjunct professor of finance.

## Books

1. "Enterprise Risk Management – Implementation Requirements and Future Trends", Euromoney Derivatives and Risk Management Handbook, 2005

2. "Operational Risk Process Models", The Professional Risk Manager's Handbook, PRMIA 2004

3. "Enterprise-wide Risk Management", Modern Risk Management – A History, Risk Books, 2003

4. "Enterprise Risk Management – From Incentives to Controls," John Wiley & Sons, 2003

5. "Integrated Risk Management," Derivative Credit Risk (2nd ed), Risk Books, 1999

6. "Measuring and Managing Operational Risk within an Integrated Risk Framework Putting Theory into Practice," Operational Risk and Financial Institutions, Risk Books, 1999

7. "Firm Wide Risk Management:  An Integrated Approach to Risk Management and Internal Control," Derivatives Handbook, Risk Management and Control, John Wiley & Sons, Inc., 1997

8. "Integrated Risk Management," Derivative Credit Risk: Advances in Measurement and Management, RISK Publications, 1995

9. "Managing a Derivative Products Business from a Risk-Adjusted Return Perspective," with Ronald D. Reading, Advanced Topics in Risk Management, Prentice Hall, 1994.

10. "Words of Wisdom," Successful Bank Asset/Liability Management - A Guide to the Future beyond GAP, John A. Wiley & Sons, 1993.

11. "Investment Pitfalls," Commercial Bank Investment Management Manual, Sheshunoff Information Services, Warren, Gorham & Lamont, 1989.

12. "Investment Pitfalls," Savings and Loan Investment Management Manual, Sheshunoff Information Services, Warren, Gorham & Lamont, 1989

13. "Marketing Thrifts:  Escaping the Gap Trap," with Charlotte A. Chamberlain, Marketing Financial Services, The Institutional Investor Series in Finance, Ballinger Publishing Company, 1989.

**Published Articles**

1. "Establishing and Implementing an ERM Framework (Part 2) – Implementing An ERM Framework" Risk Management Business (Japanese), June 2005

2. "Best Practices in Developing Key Risk Indicators and ERM Reporting," Cognos White Paper, May 2005

3. "Establishing and Implementing an ERM Framework (Part 1) – Establishing An ERM Framework," Risk Management Business (Japanese), May 2005

4. "Case Studies in ERM," Risk Management Business (Japanese), April 2005

5. "The Business Case for Enterprise Risk Management," Risk Management Business (Japanese), March 2005

6. "The Future For ERM," Risk Management Business (Japanese), February 2005

7. "The Business Case for Enterprise Risk Management," Bank Asset/Liability Management, September 2004.

8. "Ten Predictions for Risk Management," The RMA Journal, May 2003

9. "A Unified Management and Capital Framework for Operational Risk," The RMA Journal, February 2003

10. "Ten Predictions for Risk Management," Cover Article, Actuary of the Future, October 2003

11. "Where's Risk? EWRM Knows!," with Michael J. Litwin, The RMA Journal, November 2002

12. "Evaluating Operational Risk Controls," International Association of Financial Engineers, July 2002

13. "Three Lessons From Enron," ERisk Report, March 2002

14. "Enterprise Risk Management," Credit Technology Magazine, November 2001

15. "Enterprising Times – Top 10 Requirements for Operational Risk Management," Risk Management Magazine, November 2001.

16. "The Use of Economic Capital in ERM and Risk Transfer," Risk Management Magazine, August 2001

17. "A Dialogue with James Lam," Clarica Capital Risk Report, July 2001.

18. "Enterprising Times: The World of Enterprise Risk Management" Global Reinsurance, April 2001.

19. "War for Risk Management Talent Heats Up," National Underwriter, April 30, 2001.

20. "The CRO is Here to Stay," Risk Management, April 2001.

21. "Demystifying Enterprise Risk Management," Risk Management, February 2001.

22. "The Internet Revolution," Electronic Trading – A RISK Special Report, March 2000.

23. "A New Role: Chief Risk Officer," Ivey Business Journal, November/December 2000.

24. "Emergence of the Chief Risk Officer," Financing Risk & Reinsurance, November 1999.

25. "Enterprise-Wide Risk Management: Staying Ahead of the Convergence Curve," The Journal of Lending & Credit Risk Management, June 1999.

26. "The Risk Champion," Integrating Risk Management, Proceedings of the 1998 International Conference on Risk Management, The Conference Board of Canada, April 1998

27. "Managing Business Risks in the Information Age," a study by the Economist Intelligence Unit and Arthur Andersen (1998)

28. "Case Study on Integrating Risk Management," Global Council on Risk Management, The Conference Board of Canada, Global Council on Risk Management, November 4-5, 1997

29. "Custom-Built for Success," RISK, November 1997

30. "The World According to James Lam," Derivatives Strategy, October 1997

31. "Emergence of the Chief Risk Officer," Risk Management, September 1997

32. "Fidelity Investments: A Franchise Built on Trust," a Harvard Business School case study, June 1997

33. "The A B Cs of R I S K," Bank Director, First Quarter 1993.

34. "Playing the Odds on a Bad-Asset Portfolio" American Banker, Comment, April 20, 1992.

35. "Developing an ROE-Based Pricing Model," Bank Asset/Liability Management, November 1991.

36. "Concepts and Methodologies Underpinning an Effective Profitability MIS," Bank Asset/Liability Management, May 1991.

37. "A Management Framework for Hedging Thrift Risk," The Banker Magazine, November/December 1989.

38. "The Role of Interest Rate Forecasting in Asset/Liability Management," Bank Asset/Liability Management, August 1989.

39. "Futures Techniques Have Improved," Federal Home Loan Bank Journal, May 1989.

40. "From Profit Goals to Risk Management," Financial Managers' Statement, March/April 1989, with Charlotte Chamberlain.

41. "From Profit Goals to Risk Management," Bank Asset/Liability Management, March 1989, with Charlotte Chamberlain.

42. "Hedging with Financial Futures - Part 3:  Developing a Hedge Directive," Bank Asset/Liability Management, December 1988.

43. "Hedging with Financial Futures - Part 2:  Introducing the Hedge Efficiency Ratio," Bank Asset/Liability Management, November 1988.

44. "Hedging with Financial Futures - Part 1:  The Danger of Correlation Analysis," Bank Asset/Liability Management, October 1988

45. "Earthquake Prediction for the Financial Markets," Bank Asset/Liability Management, August 1988.

46. "Simple Solution to Risk Management Hazardous to Your Financial Health," The Financial Futures Analyst, July 1988.

47. "What-if Situations Should Be Part of Your Everyday Business Plan," Cover Story, Financial Managers' Statement, July 1988.

48. "The Marketing Implications of Asset/Liability Management," Bank Asset/Liability Management, May 1988, with Charlotte Chamberlain.

49. "Developing Asset/Liability Management for a Competitive Advantage - Part 2:  Output and Decision Making," Bank Asset/Liability Management, March 1988.

50. "Developing Asset/Liability Management for a Competitive Advantage - Part 1:  Input and Modeling," Bank Asset/Liability Management, February 1988.

51. "Asset/Liability Model:  Buy or Build?," Bank Asset/Liability Management, January 1988, with Robert Noss.

52. "A Thrift Industry Perspective on Interest Rate Risk - Part 2," Bank Asset/Liability Management, September 1987.

53. "A Thrift Industry Perspective on Interest Rate Risk - Part 1," Bank Asset/Liability Management, July 1987.

**Quotations and Other Media**

1. "Product Launch CXO Systems develops an enterprise risk management dashboard" STP Zone, February 2005

2. "ASSE Considers Using Risk Principles for Safety & Health" Facility Satety Management, February 2005

3. "ERM Embracing A Total Risk Model" Lawrence Richter Quinn, Financial Executive International, February 2005

4. "ERM Pauper or Prince?" Robert J. Derocher, January 2005

5. "Enterprise Risk Management" Book Review by Elfren S. Cruz, Alexander Forbes, March 7, 2005

6. "CXO Dashboard Breaks Siloed Approach to Risk Management" Madan Sheina, Computerwire, February 2005

7. "Q&A With Former Chief Risk Officer at Fidelity" Matt Kelly, Compliance Week, November 9, 2004

8. "Risk's Rewards" Scott Berinato, CIO Magazine, November 2004

9. "Is Arline Industry Risk Unmanageable?" Michael Zea, Mercer on Travel and Transport, Undated.

10. "Enterprise Risk Management Conference Summary", Federal Reserve Bank of Philadelphia, 2004.

11. "Security and Risk Management: A Fundamental Business Issue," Arthur McAdams, Informational Management Journal, July 2004

12. "Enterprising Views on Risk Management," Russ Banham, Journal of Accountancy, June 2004

13. "Good Corporate Governance: Responding to Today's New Business Environment" Gina M. Carpenter, Management Quarterly, April 2004

14. "Risk Management - The Return of the ASP" Author Unknown, Banking Technology, April 2004.

15. "The Determinants of Enterprise Risk Management: Evidence From the Appointment of the Chief Risk Officers," Andre Liebenberg and Robert E. Hoyt, Risk Management and Insurance Review, 2003

16. "See-through Data: The Push for Transparency," Lawrence Richter Quinn, 2003

17.  "Book Review: Enterprise Risk Management: From Incentives to Controls", The John Liner Review, Jean Lucey, Fall 2003

18.  "In the Eye of the Storm" Sheryl Nance-Nash, Insight: The Magazine of the Illinois CPA Society, October 2003

19.  "Current Views of Risk Management" Felix Kloman, Risk Management Reports, August 2003.

20.  "Risk has Rewards," Scudder Publishing, Group: The Risk Desk, July 2003

21.  "Turning the Pages: Enterprise Risk," Wall Street And Technolgy Online, July 17,2003.

22.  "Enterprise Risk Management: Past, Present, and Future," Risk Management Reports, May 2003.

23.  "As the CRO Flies," Enterprise Risk, May 2003.

24.  "How to Create a Framework for Managing Operational Risk" Kathleen M Beans, America's Community Banker, April 2003

25.  "Rising Power of the Chief Risk Officer - Risk Management - Managing for Durability" Des Dearlove, The Times, April 2003

26.  "Risks and Rewards Newsletter, Society of Actuary, February 2003.

27.  "Defining and Managing Operational Risk at Community Banks," Kathleen M. Beans, The RMA Journal, February 2003.

28.  "Focus: Informational Analysts," Richard Martin, Catalyst Winter 2002.

29.  "Be Radical and Jump Out of That Box," Emma Dobie, World Trade Group, October 2002

30.  "The Great Protector," February 2002

31.  "Rise of the Chief Risk Officer," Elspeth Wales, Financial Director, June 2002

32.  "Chief Corporate Frustation" Russ Banham, Treasury & Risk Management, March 2002

33.  "E-Commerce," Mike Hanley, CFO.com, March 20, 2002

34.  "Rating Firms Turn Up the Heat," Adam Rombel, Global Finance, March 2002

35.  "How Markets Cope When A Big Player Goes Bust," Nicholas Renalds, Global Financial Markets, Spring 2002

36.  "Compliance Officers—The New Biz Hero?," Steve James, Reuters, February 2002

37.  "Regionals' 4Q a Time To Reap Bond Gains," Laura Mandaro, American Banker, December 28, 2001.

38.   "The Enron Scandal," AV Rajwade, Business Standard, November 26, 2001.

39.   "Enron Reaps the Whirlwind," Peter Martin, Financial Times, November 12, 2001.

40.   "USA: WORLD BONDS- Reality intrudes into risk managers' world," Eric Burroughs, Reuters, October 26, 2001.

41.   "On the Horizon Bringing it all Together: Enterprise-Wide Risk Management Moves to the Forefront," Wall Street & Technology, September 1, 2001.

42.   Bringing it all Together: Enterprise Wide Risk Management Moves to the Forefront," Wall Street and Technology, August 2001.

43.   "Volatility boosts stress testing: Institutional investors becoming increasingly interested in gauging the magnitude of the portfolio risks they're undertaking," Pensions & Investments, April 30, 2001.

44.   "Building Risk Consciousness," Treasury & Risk, April 2001.

45.   "CROs: The Rising Tide," Risk & Insurance, April 2001.

46.   "Betting on Risk Officers," Beverly Goodman, Corporate Board Member, Spring 2001.

47.   "The Challenges of Risk Management in Diversified Financial Companies," FRBNY Economic Policy Review, February 27, 2001

48.   "Risk Management," Katherine Lee, HR.com Human Resources Management, February, 2001

49.   "HELP WANTED: Job Market is Right for Good Risk Professionals," Pensions & Investments, February 5, 2001.

50.   "Web-Based Solutions Put More Power in CFO Hands," Global Finance, February 2001.

51.   "St. Paul Appoints Chief Risk Officer (St. Paul Companies Inc. appoints Janet Nelson)," National Underwriter P&C – Risk Benefits Management, January 15, 2001

52.   "Risk Management – Operational Risk Takes Center Stage: Heller Financial Faces its Operational Challenges Head on," Wall Street Technology, January 1, 2001.

53.   "Viewing the Opportunity in Risk   In Transforming itself into a Trading Goliath, Enron Learned How to Profit from Risk, " Treasury and Risk Management, December/January 2001.

54.   "New Economy Job Titles - What's your Line?" tnbt.com (the next big thing), December 18, 2000.

55.   "2 Banks' Woes Revive Market Value Debate," American Banker, November 20, 2000.

56.   "eRisks Conference Addresses the Emerging Role of the Chief Risk Officer," Wall Street & Technology, November 2000

57.   "We can work it out," Reactions, November 2000

58.   "Companies Confront a Software Gap," Corporate Risk Management, October 2000.

59.   "Enterprise Risk Management. Number of Chief Risk Officers Grows as Concept Takes Hold," Business Insurance, September 25, 2000.

60.   "Stock Market Pressures Lead to Rise in CROs," National Underwriter, September 25, 2000.

61.   "Top Cops of Risk," CFO Magazine, September 2000.

62.   "eRisks Raises $14.5 Million," Wall Street & Technology, September 12, 2000.

63.   "10 Rules for OP Risk Management," Operational Risk (Risk Newsletter), August/September 2000.

64.   "History of Risk Management," GoRisk, July, 2000

65.   "Firm Seeks to Meld Exposures Online," National Underwriter Property & Casualty/Risk & Benefits, July 24, 2000

66.   "Power Grid: Soft Landing or Hard? Firm Tests Strategy on 3 Views of Future – Most Likely, Duke Energy Decides, is a Growth Era of 'Flawed Competition' – Retailing Gas on the Internet," Bernard Wysochi Jr., The Wall Street Journal, July 7, 2000.

67.   "Integrating Treasury Management," Global Finance, July 2000

68.   "Double Jeopardy," Business Finance, May 2000

69.   "Paranoia Pays: Managing Risk has its Rewards," USA Today, May 5, 2000

70.   "The Next Frontier: Full-Service Providers," Information Week, March 2000

71.   "The Internet Revolution" Electronic Trading Special Report, eRisks.com, March 2000

72.   "A Tool Kit for Enterprise Risk," Risk and Insurance, March 2000

73.   "eRisks.com to become Full-Service Risk Portal," Wall Street & Technology, February 23, 2000.

74.   "Mother Lode: Segment to spend $1.6B this Year – Breakaway Aims to Tap Midsize Market Gold Mine," Computer Reseller News, January 17, 2000

75.   "Spin to Win," PC Week, January 23, 2000

76. "Back Home – As Web Sites Evolve, E-Businesses Find that Moving Programming Talent In-House is the Way to Go," InternetWeek Online, January 10, 2000

77. "Issues for 2000," Risk Management Reports, January 2000

78. "All Risk Requirements," Finance Wise (Risk Brief), December 1999

79. "Breakaway Solutions is Key to Launch of New Internet Portal Business," PlanetIT, November 16, 1999

80. "Risk Online; As the Wheel of Misfortune Turns," Pensions & Investments, November 15, 1999

81. "Consultant's Toolkit: Online Risk Management and Analytical Services," What's Working in Consulting, November 1999

82. "Managing Risks gains Higher internal profile," Roseanne White, (Front Page Article) April 12, 1999.

83. "Seeking to Unify Risk Management," American Banker, February 12, 1999

84. "Executive Moves" Risk and Insurance, March 1999

85. "Revolutionary Finance From Russia," Derivatives Strategy, January 1999

86. "High-Wire Acts," CIO, June 15, 1998

87. "The Alphabet Soup of Job Titles," American Management Association International, June 1998

88. "The Risky Business of Managing IT Risks," American Management Association International, May 1998

89. "Roundtable: The Limits of Models," Derivatives Strategy, April 1998

90. "CRO: The Rise of the Chief Risk Officer," Risk & Insurance, April 15, 1998

91. "New Job Title: Chief Risk Officer," Global Finance, March 1998

92. "Risk Management Still a Wild Frontier", Computerworld, February 16, 1998

93. "James Lam and Christine Cumming have been named the Global Association of Risk Professionals' 1997 Financial Risk Managers of the Year….," Financial Engineering News, Vol. 2, Number 1, February 1998.

94. "Special Report: Cumming and Lam Receive GARP's Risk Manager of the Year Award," Risk Management Operations, December 15, 1997

95. "Global Association of Risk Professionals has named James Lam Financial Risk Manager of the Year," Derivatives Week, a publication of Institutional Investor, Inc., December 1, 1997

96. "New Garp Risk Manager's Award Shared by Two," Risk Management Operations, December 1, 1997

97. "The World according to James Lam" Oliver, Wyman and Company, October 1997

98. *Derivative Strategies*, October, 1997, p. 42

99. "Hamilton Financial Investments: A Franchise Built on Trust TN." Harvard Business School Case Study 199-059, Simons, Robert L., and Antonio Davila.

100. "Gaining Competitive Advantage by Managing Risk," an educational video by Financial Management Network, March 1997.

101. "In Pursuit of the Upside: The New Opportunity in Risk Management," Price Waterhouse Review, December 1996, by Lee Puschaver and Robert Eccles

102. "Fidelity's New Risk Czar," Derivatives Strategy, December/January 1996

103. "Risk Insights," an interactive CD-ROM educational product developed by Learning Insights, and sponsored by AIG and the Options Clearing Corporation, 1996

104. "FGIC Installs Renaissance For N.Y. Swaps Trading Activities," Derivatives Engineering & Technology, May 16, 1994.

105. "Tailor Your Trades With Exotics," Institutional Trading, Futures, July 1994.

106. "Over-the-Counter Derivatives: What the Experts Say," Global Finance, December 1993.

107. "Do You Really Need That Triple-A Sub?" Derivatives Strategy, May 3, 1993.

108. "Rationalizing the Swap Business," Derivatives Strategy, December 21, 1992.

109. "New Asset Strategies: Better Odds for Profits," Savings Institutions, June 1987

**List of Speeches and Seminars**

1. Clevland Federal Reserve Bank, Best Practices in ERM, June 20, 2005

2. The World Bank, Advanced Risk Management, June 17, 2005, Washington DC

3. Risk USA, Best Practice in Key Risk Indicators and ERM Reporting, June 7, 2005

4. ERM Symposium, Frontline Briefing on ERM, May 2, 2005, Chicago, Illinois

5. ERM Symposium, ERM Dashboard, May 2, 2005, Chicago, Illinois

6. Global Risk Summit, Effective Operational Risk Management and Reporting, April 28, 2005, Monaco

7. Bank of China, Board and Senior Management – Enterprise Risk Management Workshop, April 23, 2005, Hong Kong, China

8. Bank of China, Middle Management – Enterprise Risk Management Workshops, April 22, 2005, Hong Kong, China

9. Bank of China, Risk Management Professionals – Enterprise Risk Management Workshops, April 20-21, 2005, Hong Kong, China

10. Corporate Executive Board, Maximizing Value Through Enterprise Risk Management, April 5, 2005, New York, New York

11. Chicago FHLB, Operational Risk Management Training, March 28, 2005

12. ASSE Using Risk Principles, Enterprise Risk Management, March 24, 2005, San Diego, CA

13. United Health Group, Enterprise Risk Management: Beyond Compliance, March 8, 2005, Minnetonka

14. Federal Reserve System, ERM Dashboard Webcast, February 14, 2005, Boston, MA

15. OCBC Board of Directors Training, Enterprise Risk Management Seminar, January 31, 2005, Singapore

16. Federal Reserve System, ERM Videoconfernece, December 9, 2004, Philadelphia, PA

17. Forrester Research, Executive Strategy Forum, November 4, 2004, Boston, MA

18. The Hartford Risk Managers Council, Keynote Speech, October 18, 2004, Colorado Springs, CO

19. OpenPages User Symposium, Keynote Speech, Babson College Executive Center, October 12, 2004, Boston, MA

20. Keppel Corporation, Enterprise Risk Management Forum, July 19, 2004, Singapore

21. Enterprise-wide Risk Management Masterclass (MAS, Keppel, GIC), July 20-23, 2004, Sinapore

22. Enterprise-wide Risk Management Masterclass (open enrollment), July 26-29, 2004, Sinapore

23. Hardford Society of Actuaries, Annual Meeting, Keynote Speech, June 8, 2004, Hartford, CT

24. Acumen Information Services, ERM Conference, Keynote Speech, May 18, 2004, Toronto, Canada

25. Acumen Information Services, ERM Workshop, May 17, 2004, Toronto, Canada

26. World Trade Group, CFO Summit, Prelenary Presentation, April 21, 2004

27. Boston University, MBA class lecture, February 23. 2004

28. Society of Actuaries, ERM Webcast, December 9, 2003

29. Universal Network Intelligence, Enterprise-wide Risk Management 2-Day Workshop, October 16-17, 2003, Shanghai, China

30. Universal Network Intelligence, Enterprise-wide Risk Management 2-Day Workshop, October 13-14, 2003, Singapore

31. Ascential Software, ERM Webcast, September 10, 2003

32. Society of Actuaries, ERM in Banking Panel and CRO Roundtable, Enterprise Risk Management Seminar, July 29-30, 2003, Washington D.C. Capital Hilton

33. Federal Reserve System, Enterprise-wide Risk Management, April 23, 2003, Philadelphia, PA

34. California Bankers Association, Enterprise-wide Risk Management, March 26, 2003, Rancho Mirae, California

35. Universal Network Intelligence, Enterprise-wide Risk Management 2-Day Workshop, February 21-22, 2003, Singapore

36. IQPC, Workshop: Designing and Implementing an Enterprise Management Program, October 2, 2002, Chicago, IL

37. IQPC, Enterprise-wide Risk Management, October 1, 2002, Chicago, IL

38. RMA, Annual Conference, Enterprise-wide Risk Management, September 23, 2002, Salt Lake City, UT

39. PRMIA, Creating Value Trough Enterprise Risk Management, June 27th, 2002, Montreal, Canada

40. Risk Management Association, Realizing the Value of Enterprise-wide Risk Management, June 10th, 2002, Boston, MA

41. RMA, Annual Conference on Capital Management, June 5-7[th], 2002, Washington, DC

42. New York University, The Future of Risk Management, March 27, 2002, New York, New York

43. CFO Executive Programs, The Future of Business Risk Management (Keynote), March 26, 2002, New York, New York

44. University of Georgia, Value-based Risk Management (Keynote), March 7, 2002, Atlanta, Georgia

45. The Institute of Internal Auditors, Enterprise Risk Management Seminar, January 14, 2002, Toronto, Canada

46. International Quality & Productivity Center, Enterprise Risk Management, December 11-13, 2001, Toronto, Canada
    - Keynote Address
    - Full day workshop

47. GARP NYC Regional Meeting, November 27, 2001, NYC.

48. Economist Conferences, 3rd Annual Global Risk Management Summit, July 25-26, 2001, Chicago, IL
    - Speaker *Best Practices in Enterprise Risk Management*

49. International Association of Financial Engineers, 10th Annual Conference, July 2-3, Sophia Antipolis, France
    - Panelist: *New methods to evaluate operational risk controls*

50. GARP Midwest Meeting, May 30, 2001, Chicago, IL

51. Marcus Evans, Advanced Credit Risk Management & Mitigation, June 20-21 2001, New York, NY

52. International Quality & Productivity Center, Enterprise Risk Management, May 28-29, Toronto, Canada
    - Keynote address

53. International Association of Financial Engineers, March 14, 2001, NYC
    - Panelist: Operational Risk Committee – *How can firms determine the effectiveness of their operational risk controls?*

54. GARP Annual Convention, February 13, 2001, NYC
    - Speaker *All Bets are on: Enterprise Risk Management*

55. ABS West, February 7, 2001, Arizona
    - Panelist

56. International Quality & Productivity Center, eRisk Management, November 7, 2000, San Francisco, CA.
    - Keynote Speech *Managing Enterprise Risk in the Internet Age*

57. GARP – Asia, International Conference on Financial Globalization and Risk Management, October 27, 2000, Beijing, China.

- Keynote Speech *Enterprise Risk Management and Key Challenges for China*

58. Marcus Evans (FINSTRA), Chief Risk Officer Conference, October 25, 2000, NYC.
    - Speaker *Examining the Form, Function and Governance of the Chief Risk Officer*

59. International Association of Financial Engineers, Annual Membership Meeting and Conference, October 12, 2000, NYC.
    - IAFE Operational Risk Committee: Initiatives for 2000 and 2001: How Should You Determine the Efficacy of Your Operational Risk Controls?

60. Risk Magazine, Credit Risk Summit, Integrating Market Risk and Credit Risk for Effective Risk Measurement and Management, October 11, 2000, London.

61. Risk Magazine, Credit Risk Summit, Integrating Market Risk and Credit Risk for Effective Risk Measurement and Management, September 29, 2000, NYC

62. FRB Boston, Examiner Training Conference, September 14, 2000, Boston.
    - Speaker *Enterprise Risk Management*

63. eRisks, iConference, NY, September 13, 2000
    - Role of the Chief Risk Officer

64. Chase Institute, Transforming New Economy into Opportunity,  August 2, 2000, NYC.
    - Panelist Practical Analysis of Risk Management Case Studies

65. Risk Teleconference, July 28, 2000
    - Panelist *Tools for Managing Enterprise Risk*

66. WRA Group, Tools for Managing Enterprise Risk Teleconference, July 24, 2000

67. CFO Risk Forum, June 29, 2000, NYC.
    - Keynote Presentation *The Evolving Role of Chief Risk Officer*

68. Global Financial Industry Forum, Managing Operational Risk & Improving Efficiency in your Operations, Payments & Settlements, June 28, 2000, Juan les Pins, France.
    - Speaker *The Internet and Enterprise Risk Management*

69. Investment Risk Institute, Identifying Operations Risk, June 13, 2000, Boston, MA

70. FOW, Derivatives Expo, May 17, 2000, NYC.
    - Speaker *Managing Risks in the Internet Age*

71. Liberty Mutual 8th Annual Conference, Chicago, October 11, 1999
    - *The Chief Risk Officer...An Idea Whose Time Has Come?*

72. National Investment Company Service Association, Boston, October 27, 1998
    - Keynote Address: *The Role of Compliance Within Enterprise Risk Management*
73. Enterprise Risk Management in Financial Institutions, ICM, August 24, 1998
    - Speaker: *Migrating Toward an Enterprise-wide Risk Strategy*

74. International Quality & Productivity Center, Washington, DC, July 15, 1998

- Speaker: *Implementing an Enterprise-Wide Risk Management Program*

75. ERC Frankona Reinsurance A/S, Copenhagen Summer Event, June 16, 1998
    - Speaker: *Enterprise-Wide Risk Management*

76. American International Group, Inc. Risk Management Advisory Board Meeting, June 11, 1998
    - Speaker: *The Role of the Chief Risk Officer*

77. Capital Markets Credit Analysts Society's Ninth Annual Dinner, June 8, 1998
    - Featured Speaker: *Role of the Credit Professional in Firmwide Risk Management*

78. The Economist Intelligence Unit/Arthur Andersen Study, Press Conference, June 2, 1998
    - Speaker: *Managing Business Risks in the Information Age*

79. Harvard Business School, April 23, 1998
    - Speaker: *Case Study*

80. Investment Company Institute, April 22, 1998
    - Speaker: *Exploring Capacity Planning Issues in the Mutual Fund Industry*

81. The Conference Board of Canada, March 26, 1998
    - Speaker: *The Risk Champion*

82. The Economist Intelligence Unit/Arthur Andersen Study, Press Conference, February 10, 1998
    - Speaker: *Managing Business Risks in the Information Age*

83. Global Association of Risk Professionals, December 2, 1997
    - *Acceptance Speech- Financial Risk Manager of the Year 1997*

84. The Conference Board of Canada, November 4-5, 1997
    - Speaker: *Integrating Risk Management: Case Studies*

85. DERIVCON 97, 1997 North American Event, October 21, 1997
    - Speaker: *Assessing the Feasibility and Effectiveness of Developing a Firm-Wide Integrated Risk Management Function*

86. Financial Management Association International 1997 Annual Meeting, October 17, 1997
    - Speaker: *Managing Risk: From Theory to Practice*

87. The Economist Intelligence Unit: Thought Leadership Panel, September 30, 1997
    - Panel Member: *Managing Business Risks in the Information Age*

88. International Association of Financial Engineers, September 23, 1997
    - Speaker: *Contemporary Risk Management Issues, Firm-Wide Risk Management*

89. Global Association of Risk Professionals (GARP), June 20, 1997
    - Speaker: *Integrating Operational Risk into Firmwide Risk Management*

90. International Quality & Productivity Center

91. Performance Measurements for Strategic Planning, May 20-21, 1997
    * Speaker: *Measuring the Impact of Business Risk on Your Strategic Plan*

92. City University of Hong Kong, May 8, 1997
    * Speaker: *Best Practices in Firmwide Risk Management*

93. 35th Risk and Insurance Management Society (RIMS) Annual Conference & Exhibition, April 13-18, 1997
    * Speaker: *The Emergence of the Chief Risk Officer*

94. Third Annual Conference and Member Meeting of End-Users of Derivatives Association, April 10-11, 1997
    * Panel Member: *Risk Management Strategies for Pension and Other Investment Entities. Are New Risk Management Standards Emerging?*

95. Freddie Mac, February 10, 1997
    * Guest Speaker: *Firm Wide Management*

96. General Motors Investment Management Corp., January 31, 1997
    * Speaker: *Risk Management*

97. Amoco, November 18, 1996

98. Guest Speaker: *Managing Risk*FMA Annual Conference, October 11, 1996
    * Speaker: *Integrating Risk Management & Controls into Business Processes*

99. Harvard University, Global Asset Management Institute, September 26, 1997
    * Speaker: *Managing Risk*

100. Financial Technology Conference, Wall Street & Technology Building the 21st Century Enterprise, September 17-19, 1996
    * Speaker: *Developing an Enterprisewide Risk Management System*

101. Coopers & Lybrand Partners Meeting, July 1, 1996

102. Deloitte & Touche, National Financial Services Industries Conference, June 26, 1996
    * Speaker: *Integrating Risk Management in the Financial Services Industries*

103. Institute for International Research, Optimizing Risk Performance Through An Integrated Approach, November 28-30, 1995.
    * Speaker: *Derivatives 95*

104. Institute for International Research, Minimizing & Managing Credit Risk for OTC Derivatives, June 26, 1995
    * Keynote Address: *How to Manage Credit Risk of OTC Derivatives in an Integrated Risk Management Organization*

105. Institute for International Research, Successfully Integrating Risk Management Strategies, April 26, 1995
    * Keynote Address: *Successfully Building an Integrated Risk Management Organization*

106. Financial Advisory Council, Firm-Wide Risk Management, April 5, 1995
- Conference Chairman
- Speaker: *Enterprise Wide Risk Management at FGIC: A Case Study*

107. Global Business Research, Stress Testing, March 27, 1995
- Speaker: *Integrating Risk Management Into Your Organization*

108. International Business Communications, Monitoring, Measuring and Managing Risk Through Stress Testing, January 24, 1995
- Speaker: *Using Risk-Management Systems as Tools to Build a Robust Portfolio*

109. National Options & Futures Society, January 12, 1995
- Featured Speaker: *Integrated Risk Management*

110. International Business Forum, New Derivative Products: Exploiting the Opportunities, Avoiding the Pitfalls, December 6, 1994
- Speaker: *Measuring and Managing the Risks of a Portfolio of Assets, Liabilities, and Derivatives*

111. Executive Enterprises, Risk And Derivatives: A Focus on Interest Rate and Currency Swaps, October 18, 1994
- Speaker: *The Integrated Risk Management Organization*

112. Financial Management Association, Managing Financial Institution Risks, October 12-15, 1994
- Speaker: *An Integrated Organizational Approach*

113. Financial Advisory Council, Derivative Risk Technology for End Users, September 12-13, 1994

114. Conference Chairman
- Speaker: A Case Study: *Developing and Implementing an Integrated Technology Strategy*

115. Financial Advisory Council, Operations, Accounting, Compliance & Technology for Exotic Options, July 26-27, 1994
- Conference Chairman
- Speaker: *Risk Management & Applications*

116. Executive Enterprises, World Class Use and Management of Derivatives, June 7, 1994
- Speaker: *Re-Engineering The Risk Management Function*

117. Institute for International Research, Credit Risk for OTC Derivatives, May 23, 1994
- Speaker: *Developing an Integrated Credit Risk Management Strategy for OTC Derivatives*

118. Institute for International Research, Risk Management Strategies for OTC Derivatives, February 23, 1994
- Speaker: *Best Practices for Integrated Risk Management*

119. Financial Advisory Council, Derivative Risk Management Technology, January 19, 1994

- Speaker: *Managing the Multiple Dimensions of Risk*

120. Institute for International Research, Performance Measurement for Derivatives, December 7, 1993
   - Speaker: *Integrated Risk Management:  A New Paradigm for Risk Measurement & Management*

121. Institute for International Research, AAA Special Purpose Vehicles, April, 1993
   - Speaker: *Key Business Decisions when Organizing a Triple-A Rated Special Purpose Vehicle*

122. Institute for International Research, Performance Measurement for Derivatives, December, 1992
   - Speaker: *Managing a Derivative Products Business from a Risk-Adjusted Return Perspective*

123. GE Capital Asset Management Corporation, Senior Management Conference, June, 1992
   - Guest Speaker: *Credit Risk Management:  Issues and Opportunities*

124. Mortgage Bankers Association, Risk Management Seminar, February, 1990
   - Speaker: *Setting Up a Hedge Directive*

125. California League of Savings Institutions, Funds Management Conference, November, 1989
   - Speaker: *Balance Sheet Management*

126. California Society of CPAs, Banking Industry Conference, September, 1989
   - Speaker: *Asset/Liability Management*

127. California League of Savings Institutions, Hedging School, July, 1989
   - Speaker: *Meeting the TB-13 Challenge*

128. California League of Savings Institutions, Interest Rate Risk Seminar (TB-13), June, 1989
   - *Industry Panel*

129. Touché Ross Presentation, December, 1988
   - Guest Speaker: *Advance Asset/Liability Management*

130. California League of Savings Institutions, Funds Management Conference, November, 1988
   - Speaker: *From Profit Goals to Risk Management*

131. Asset/Liability Management Association of Arkansas, First Annual Conference, September, 1988
   - Keynote Speaker: *Risk Management and Hedging*

132. National League of Savings Institutions, National Mortgage Conference, September, 1988
   - Speaker: *An Institutional and Analytical Framework for Rate Risk Management*

133. California League of Savings Institutions, Western Secondary Mortgage Market Conference, July, 1988
   - Speaker: *A Case Study on Asset/Liability Management*

134. International Savings Bank, Board of Directors Presentation, March, 1988
  - Guest Speaker: *Board Oversight and Responsibilities for Risk Management*

135. California League of Savings Institutions, Funds Management Conference, November, 1987
  - Speaker: *Comparisons of Gap, Simulation, and Duration Analyses*

136. California League of Savings Institutions, Western Secondary Mortgage Market Conference, July, 1987
  - Speaker: *Managing Interest Rate Risk*

137. Financial Managers Society, June, 1987
  - Speaker: *Asset/Liability Management -- A Case Study*

138. Federal Home Loan Bank of San Francisco, Thrift Hedging Seminar Series (3 Sessions), March-April, 1987
  - Speaker: *Measuring and Monitoring Interest Rate Risk: Net Interest Income and Gap Analysis*