UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

In re ITT Corp. Derivative Litigation                 07-CV-2878 (CS)

----------------------------------------------------------------------x     **ORDER**

Seibel, J.

In light of the discussion at the hearing on October 15, 2009 and in subsequent correspondence, the Motion for Reconsideration filed by the Special Litigation Committee ("SLC") dated September 23, 2009 (Doc. 68) is GRANTED. Upon reconsideration, I have by Order of today's date certified a question to the Indiana Supreme Court. Upon receipt of a ruling from the Indiana Supreme Court, or notification that that Court has refused the question, either party may move, within 14 calendar days of that ruling or refusal, for an Order granting or denying the SLC's motion to terminate. This case is stayed pending this Court's ruling on any such motion.

**SO ORDERED.**

Dated: October 17, 2009
       White Plains, New York

                                                    CATHY SEIBEL, U.S.D.J.