**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

KARIN E. FISCH
kfisch@abbeyspanier.com

March 10, 2010

<u>Via ECF</u>

The Honorable Jack B. Weinstein
United States District Court for the
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Waldman et al. v Sidney Taurel, et al.,**
C.A. No. 08-560

**Laurie G. Robbins v. Sidney Taurel, et al.**
C.A. No. 08-1471

**City of Taylor General Employees Retirement System v. Sidney Taurel, et al.**
C.A. No. 08-1554

Dear Judge Weinstein,

I am counsel for plaintiff Linda Waldman in the first of the above-referenced derivative actions filed against defendant Eli Lilly & Company ("Eli Lilly"). As Your Honor is aware, prior to the status conference held on May 29, 2008, the parties in each of the derivative actions pending in the Eastern District of New York agreed to join a settlement process being implemented in <u>N.A. Lambrecht v. Taurel</u>, No. 08-CV-68 (S.D. Ind.) (the "Settlement Process"). The parties in each of these derivative actions have participated actively in the Settlement Process since that time.

I am writing to inform the Court that the parties have reached a global settlement of all related derivative claims. The proposed Settlement was reached after an extensive factual and legal investigation, commencing in 2007. The parties undertook substantive, arm's-length settlement negotiations, conducted over an eighteen month period, involving not only experienced outside and in-house counsel, but also senior-level business, compliance and medical risk management personnel of Eli Lilly and experts retained by Plaintiffs' Counsel. In addition to their extensive negotiations, the parties sought the assistance and expertise of retired Chief Magistrate Judge Edward A. Infante.

ABBEY SPANIER RODD & ABRAMS, LLP

The Honorable Jack B. Weinstein
March 10, 2010
Page 2

      The settlement recently was presented for preliminary approval to Judge William T. Lawrence in the United States District Court for the Southern District of Indiana, Indianapolis Division. Judge Lawrence executed the enclosed Preliminary Approval Order on March 1, 2010. The parties will seek dismissal of the three cases pending in this Court should Judge Lawrence grant the settlement final approval.

      In addition to the Preliminary Approval Order, I have enclosed a copy of the Stipulation of Settlement entered into by the parties on February 25, 2010. The parties are available at the Court's convenience should Your Honor have any questions or concerns.

Respectfully submitted,

Karin E. Fisch

cc: Robert L. Hickock, Esq.
      Christopher G. Scanlon, Esq.
      Peter Barbur, Esq.
      Karen Morris, Esq.
      Richard Greenfield, Esq.
      Laurence Paskowitz, Esq.
      Samuel Rudman, Esq.
      Daniel Clement, Esq.
      Samuel Simon, Esq.