| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF MARION | ) | CAUSE NO. 49D12-0803-PL-013729 |

AARON SOLOMON, Derivatively on )
Behalf of Nominal Defendant )
ELI LILLY & COMPANY, )
                    Plaintiff, )
                    vs. )

SIDNEY TAUREL; JOHN C. LECHLEITER; )
SIR WINFRIED BISCHOFF; J. MICHAEL )
COOK; FRANKLYN G. PRENDERGAST; )
KATHI P. SEIFERT; GEORGE M. C. FISHER; )
ALFRED G. GILMAN; MARTIN S. FELDSTEIN; )
J. ERIK FYRWALD; KAREN N. HORN; )
ELLEN R. MARRAM; SIR JOHN ROSE; )
CHARLES E. GOLDEN; STEVEN C. BEERING; )
AUGUST M. WATANABE; LINDA LAY; )
ALVA O. WAY; RANDALL L. TOBIAS; J. )
CLAYBURN LAFORCE, JR.; ALAN BREIER; )
CHARLES M. BEASLEY, JR.; GARY D. )
TOLLEFSON; and GERHARD N. MAYR, )
                    Defendants, )
                    and )

ELI LILLY AND COMPANY, )
                    Nominal Defendant. )

FILED MAR 25 2010

## FIFTH JOINT STATUS REPORT

Pursuant to the Court's June 19, 2008 Order staying all proceedings in this matter, Plaintiffs, Aaron Solomon and Doris Staehr (collectively, "Plaintiffs"), and defendants, Sidney Taurel, John C. Lechleiter, Simon N.R. Harford, Alan Breier, Karen N. Horn, Alfred G. Gilman, George M.C. Fisher, Franklyn G. Prendergast, Martin S. Feldstein, Ellen R. Marram, Kathi P. Seifert, Sir Winfried Bischoff, J. Erik Fyrwald, J. Michael Cook, Charles E. Golden, August M.

Watanabe, Steven C. Beering, Alva O. Way, Gerhard Mayr, Gary D. Tollefson, Charles M. Beasley, Jr., Randall L. Tobias, and Nominal Defendant, Eli Lilly and Company ("Eli Lilly") (collectively, "Defendants"), jointly submit this status report to apprise the Court of the parties' activities relating to the settlement process described in the June 13, 2008 Joint Motion to Stay and updated in the parties' July 29, 2009 Fourth Joint Status Report.

1. As reported previously to the Court, a total of seven shareholder derivative complaints were filed in three separate jurisdictions by shareholders of Eli Lilly alleging, in part, that certain of Eli Lilly's current and former directors breached their fiduciary duties of care and oversight in connection with Eli Lilly's promotion, marketing and or sale of certain products. In addition to the two actions filed with this Court, the derivative actions include the actions captioned *Lambrecht, et al. v. Taurel, et al.*, C.A. No. 1:08-cv-0068-DFH-TAB (S.D. Ind.) and *Zemprelli v. Taurel et al.*, C.A. No. 1:08-cv-0854-SEB-TAB (S.D. Ind.); *Waldman v. Taurel, et al.*, C.A. No. 08-cv-560 (E.D.N.Y), *Robbins v. Taurel, et al.*, C.A. No. 08-cv-1471 (E.D.N.Y.) and *City of Taylor General Employees Retirement System v. Taurel, et al.*, C.A. No. 08-cv-1554 (E.D.N.Y.).

2. Pursuant to an agreement entered into beginning in March 20, 2008, counsel and the parties to the seven derivative actions agreed, *inter alia*, to explore possible resolution of the derivative claims and to enter into a discovery process for those discussions. As a result, the three actions in the Eastern District of New York and the two actions in this Court have been held in abeyance to permit the parties to pursue potential settlement.

3. The on-going settlement discussions have been overseen by Magistrate Judge Tim A. Baker, United States District Court for the Southern District of Indiana. The case is pending before Judge William T. Lawrence.

4. Counsel for the Plaintiffs, Defendants and the Special Litigation Committee of Lilly's Board of Directors ("SLC") engaged in discussions and an exchange of information to pursue the resolution of the claims that have been asserted in the derivative actions. Plaintiffs' counsel from Faruqi & Faruqi, LLP and Robbins Umeda LLP are members of the Plaintiffs' Counsels' Executive Committee.

5. Since the Court's Order staying these proceedings, the parties' counsel have met and conferred at regular intervals about the settlement process. Defendants made substantial amounts of documents, materials and information available to Plaintiffs. Plaintiffs' counsel agreed to a division of responsibilities amongst themselves for reviewing the various materials and researching multiple legal issues and corporate governance matters.

6. On February 25, 2010, the parties executed a Stipulation of Settlement which provides for a release of the claims asserted in this action and related shareholder derivative actions and for comprehensive corporate governance and compliance reforms to be adopted by Eli Lilly. A copy of the Stipulation of Settlement, with all exhibits, is attached hereto as Attachment A.

7. Recently, the settlement was presented for preliminary approval to Judge William T. Lawrence in the related action pending in the United States District Court for the Southern District of Indiana entitled *N.A. Lambrecht, et al. v. Taurel, et al.*, S.D. Ind., Cause No. 1:08-cv-068. On March 1, 2010, Judge Lawrence executed the Preliminary Approval Order attached hereto as Attachment B, directed that notice of the proposed settlement be provided to Eli Lilly's shareholders and scheduled a fairness hearing for April 29, 2010, at which time Judge Lawrence will determine, *inter alia*, whether the settlement is fair, reasonable and adequate and warrants final approval by the court.

8. If Judge Lawrence grants final approval of the settlement, the parties here will seek dismissal of this case with prejudice.

9. Upon receiving notice of the settlement and Judge Lawrence's preliminary approval thereof, on March 9, 2010, Judge Weinstein entered an order dismissing the three derivative actions pending in the United States District Court for the Eastern District of New York. A copy of Judge Weinstein's Order is attached hereto as Attachment C.

10. Pursuant to this Court's June 19 Order, the parties will continue to keep the Court apprised as the settlement approval process proceeds and update this Court with written status reports.


Respectfully submitted,

*/s/ Robert L. Hickok /BAK w/ permission*

Christopher G. Scanlon (#1583-49)
James H. Ham (#7401-49)
Matthew T. Albaugh (#23293-49)
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
317-237-0300 telephone
317-237-1000 facsimile
matthew.albaugh@bakerd.com
jay.ham@bakerd.com
chris.scanlon@bakerd.com

Robert L. Hickok
Michael E. Baughman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4000 (telephone)
215-981-4750 (facsimile)
hickokr@pepperlaw.com
huberc@pepperlaw.com
baughmanm@pepperlaw.com

*Attorneys for Defendants*

*/s/ Beth A. Keller*

Robert W. Johnson
THE HASTINGS LAW FIRM
323 North Delaware Street
Indianapolis, IN  46204
317-686-1000 telephone
317-685-2330 facsimile

Nadeem Faruqi
Beth A. Keller
FARUQI & FARUQI, LLP
369 Lexington Ave., 10th Floor
New York, New York  10017
212-983-9330 telephone
212-983-9331 facsimile

*Attorneys for Plaintiff, Aaron Solomon*

*/s/ Daniel R. Forde /BAK w/ permission*

James R. Admire (16343-41)
George Hoffman, III (16430-49)
HOFFMAN ADMIRE & NEWCOMB
250 East Jefferson Street
Franklin, Indiana  46131
317-736-1982 telephone
317-736-6979 facsimile

Brian J. Robbins
Kevin A. Seely
Daniel R. Forde
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
619-525-3990 telephone
619-525-3991 facsimile

*Attorneys for Plaintiff, Doris Staehr*

## CERTIFICATE OF SERVICE

I certify that on March 23, 2010, a copy of the foregoing was placed in the U.S. mail, first class prepaid, addressed to the following:

>Robert W. Johnson
>THE HASTINGS LAW FIRM
>323 North Delaware Street
>Indianapolis, IN 46204
>
>Christopher G. Scanlon
>James H. Ham
>Matthew T. Albaugh
>BAKER & DANIELS LLP
>300 North Meridian Street, Suite 2700
>Indianapolis, IN 46204
>
>Robert L. Hickok
>Michael E. Baughman
>PEPPER HAMILTON LLP
>3000 Two Logan Square
>Eighteenth and Arch Streets
>Philadelphia, PA 19103
>
>James R. Admire
>George Hoffman, III
>HOFFMAN ADMIRE & NEWCOMB
>250 East Jefferson Street
>Franklin, Indiana 46131
>
>Brian J. Robbins
>Kevin A. Seely
>Daniel R. Forde
>ROBBINS UMEDA LLP
>600 B Street, Suite 1900
>San Diego, CA 92101

*/s/ Beth A. Keller*
Beth A. Keller