## ELI LILLY
## SHAREHOLDER DERIVATIVE ACTION
## LODESTAR CATEGORY BREAKDOWN

| Firm | 1 | 2 | 3 | 4 | 5 | 6 | Hours | Lodestar |
|---|---|---|---|---|---|---|---|---|
| Morris and Morris LLC | 834.25 | 1,826.75 | 602.50 | 537.50 | 1,014.75 | 351.25 | 5,167.00 | 2,843,427.50 |
| Greenfield & Goodman LLC | 128.25 | 493.00 | 1,184.75 | 296.75 | 227.25 | 155.00 | 2,485.00 | 1,608,927.50 |
| Abbey Spanier Rodd & Abrams | 152.75 | 4.00 | 344.50 | 13.75 | 45.75 | 18.25 | 579.00 | 391,516.25 |
| Faruqi & Faruqi, LLP | 129.45 | 4.75 | 504.00 | 109.75 | 27.50 | 0.00 | 775.45 | 398,029.25 |
| Paskowitz & Associates | 224.55 | 133.65 | 462.80 | 0.00 | 81.75 |  | 902.75 | 505,636.25 |
| Coughlin Stoia Geller Rudman & Robbins LLP | 167.25 | 409.50 | 0.00 | 0.00 | 13.75 | 29.75 | 620.25 | 275,308.75 |
| Robbins Umeda LLP | 467.50 | 103.75 | 19.00 | 3.00 | 97.75 | 89.00 | 780.00 | 241,593.75 |
| Cantrell Strenski & Mehringer LLP | 13.70 | 2.10 | 0.00 | 0.00 | 12.40 | .10 | 28.30 | 8,824.00 |
| Bingham McHale LLP | 75.40 | 75.90 | 0.00 | 0.00 | 0.00 | 0.00 | 151.30 | 58,723.00 |
| Warner Law Firm | 62.40 | 26.70 | 107.70 | 0.00 | 3.90 | 7.50 | 208.20 | 82,525.00 |
| **TOTAL** | 2,255.50 | 3,080.10 | 3,225.25 | 960.75 | 1,524.80 | 650.85 | 11,697.25 | 6,414,511.25 |

**CATEGORIES**

1. Investigation, pleadings, court filings, motion practice, briefing and calls and appearances before Court
2. Governance and compliance research, development and analysis
3. Discovery management, document review, merits and damages analysis
4. Preparation and attendance at meetings; coordination of actions
5. Settlement negotiation and drafting, work in connection with expert reports
6. Mediation process, including drafting of submissions, preparation for and attendance at mediation sessions