## ELI LILLY SHAREHOLDER DERIVATIVE ACTION
## COMBINED EXPENSE CATEGORY BREAKDOWN
## PERIOD: Inception - March, 2010

| | Morris and Morris LLC | Greenfield & Goodman LLC | Cantrell Strenski & Mehringer LLP | Bingham McHale LLP | Paskowitz & Associates | Faruqi & Faruqi LLP | Abbey Spanier Rodd & Abrams | Coughlin Stoia Geller Rudman & Robbins LLP | Robbins Umeda LLP | Warner Law Firm | Total expenses to date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Experts and consultants | 320,039.93 | 35,664.50 | | | | | | 525.00 | | | 356,229.43 |
| Court costs/service | | | | 470.00 | 1,778.50 | 898.00 | 202.65 | 720.00 | 601.00 | 380.00 | 5,050.15 |
| IT and Document Management Costs | 6,117.92 | 2,779.61 | | | | 1,908.10 | | | | | 10,805.63 |
| Travel | 8,745.20 | 9,857.21 | | | | | 541.53 | 56.27 | 486.93 | | 19,687.14 |
| Meals | 3,029.43 | | | | | | | 395.27 | | | 3,424.70 |
| Copying costs | 1,068.79 | 855.67 | 2.88 | 369.00 | | 1,203.88 | 137.75 | 38.00 | 1,093.00 | 101.75 | 4,870.72 |
| FedEx/UPS/postage Messenger service | 861.35 | 314.52 | | 37.72 | 300.00 | 191.00 | 10.36 | 116.78 | 74.47 | 22.77 | 1,928.97 |
| Long Distance | 1,467.16 | 42.56 | | 8.19 | | 219.98 | 9.72 | | 49.25 | 54.80 | 1,851.66 |
| On-line research | 7,084.55 | 2,339.02 | 458.02 | | 358.50 | 2,170.62 | 3,262.41 | 4,978.60 | 246.36 | | 20,898.08 |
| **TOTAL** | **348,414.33** | **51,853.09** | **460.90** | **884.91** | **2,437.00** | **6,591.58** | **4,164.42** | **6,829.92** | **2,551.01** | **559.32** | **424,746.48** |