UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| N.A. Lambrecht and Jeffrey P. Jannett, Derivatively on Behalf of Nominal Defendant Eli Lilly & Company | : : : : | |
| Plaintiffs, | : : | C.A. No. 1:08-cv-0068-WTL-TAB |
| v. | : : | |
| Sidney Taurel, John C. Lechleiter Sir Winfreid Bischoff, J. Michael Cook, Franklyn G. Pendergast, Kathi P. Seifert, George M. Fisher, Alfred G. Gilman, Martin S. Feldstein, J. Erik Fyrwald, Ellen R. Marram, Sir John Rose, Charles E. Golden, Steven C. Beering, August M. Watanabe, Linda Lay, Randall L. Tobias and J. Clayburn LaForce, Jr., | : : : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : : | |
| -and- | : : | |
| ELI LILLY & COMPANY, | : : | |
| Nominal Defendant. | : : | |

**DECLARATION OF RICHARD D. GREENFIELD IN SUPPORT OF
PETITION FOR ATTORNEYS' FEES, INCLUSIVE OF EXPENSES**

I, Richard D. Greenfield, hereby declare:

1.   I am a partner in the firm of Greenfield & Goodman LLC. I am submitting this declaration in support of the application for an award of attorneys' fees, inclusive of expenses, in connection with the services rendered in the course of the litigation of the Derivative Actions (as

1

defined in the Stipulation of Settlement, executed on February 25, 2010 (Docket # 69-1) on behalf of Nominal Defendant Eli Lilly & Co. I am over the age of 21, have personal knowledge of the facts stated herein, and, if sworn as a witness, can competently testify to the facts stated herein.

2.  My firm has incurred a total of 2,485 hours from the inception of the Derivative Actions through November 16, 2009. The hourly rates and lodestar of the attorneys and paralegals from my firm principally responsible for the litigation of the Derivative Actions are as follows:

| NAME | HOURLY RATE | LODESTAR |
| --- | --- | --- |
| Richard Greenfield (P) | $945.00 | $ 433,518.75 |
| Ann Caldwell (O) | $595.00 | $971,783.75 |
| Marguerite Goodman (O) | $575.00 | $   9,200.00 |
| Michael Shaftel (O) | $525.00 | $192,675.00 |
| Martha Copeland (P) | $175.00 | $   1,750.00 |

3.  The total lodestar for the work performed by these counsel equals $1,608,927.50. Since November 16, 2009, my firm has expended $15,592.50 in lodestar in connection with the preliminary and final approval process. This information was prepared from contemporaneous time records regularly prepared and maintained by my firm. Time spent in preparing this declaration in support of my firm's application for fees and reimbursement of expenses, and any other time related to billing or periodic time reporting, has not been included in this chart summarizing my firm's hours and lodestar.

4.  My firm incurred a total of $51,853.09 in unreimbursed expenses in connection with the prosecution of the Derivative Actions, broken down into categories in the chart attached hereto as Exhibit 1.

5.    The expenses incurred pertaining to this case are reflected on the books and records of my firm. These books and records are prepared from expense vouchers and check records prepared in the normal course of business, and are an accurate record of the expenses incurred.

6.    With respect to the standing of counsel in this case, attached hereto as Exhibit 2 is a brief biography of my firm.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 18, 2010,

_____
Richard D. Greenfield

# EXHIBIT 1

Eli Lilly
Shareholder Derivative Action
## Greenfield & Goodman LLC
Expense Category Breakdown
**Eli Lilly**

| **EXPENSE** | **TOTAL** |
|---|---|
| On-Line Research | $2,339.02 |
| Experts | 35,664.50 |
| Court Costs | |
| IT & Doc.Management Costs | 2779.61 |
| Long Distance & Conference Calls | 42.56 |
| Travel/Lodging/Meals | 9,857.21 |
| Copying Costs | 855.67 |
| FedEx/USPS/postage/messenger | 314.52 |
| | **$51,853.09** |

3.12.2010

# EXHIBIT 2

## GREENFIELD & GOODMAN LLC
250 Hudson Street
8th Floor
New York, NY 10013
(917) 495-4446
whitehatrdg@earthlink.net

### Firm Biography

The Firm concentrates its practice in complex financial litigation internationally and, particularly, in corporate governance, banking, consumer rights and shareholder litigation. As a direct result of the efforts of the Firm and its predecessors, many millions of dollars have been recovered for defrauded investors and other persons injured by illegal corporate activities and obtained fundamental changes in corporate governance, particularly in the areas of control procedures and risk management. The Firm and its predecessors have also been responsible for obtaining a number of particularly noteworthy judicial opinions which have not only strengthened consumer and investor rights generally, but substantially aided in the prosecution of complex litigation to preserve such rights.

The Firm has served as Lead Counsel or Co-Lead Counsel for plaintiffs in major shareholder litigation including class actions pending in courts located in, inter alia, Pennsylvania, New Jersey, New Mexico, New York and California. In addition, the Firm represents individuals with substantial personal claims.

**RICHARD D. GREENFIELD** has been admitted to practice before the Supreme Court of the United States, the Courts of Appeals for the Second, Third, Fifth, Ninth and Eleventh Circuits, various federal district courts, as well as the Courts of the Commonwealth of Pennsylvania, the State of New York and the State of Maryland. Mr. Greenfield is a 1965 graduate of the Cornell Law School, where he was awarded a J.D. In addition, he has earned degrees in Accounting (B.S. Queens College) and Business Administration (M.B.A. Columbia University Graduate School of Business).

Mr. Greenfield is thoroughly experienced in banking, securities and consumer litigation, having served as Lead or Co-Lead Counsel for plaintiffs in shareholder class and derivative actions alleging violations of the federal securities laws and/or breaches of corporate governance standards, in class actions brought on behalf of trust beneficiaries against major trustee-banks as well as in a wide variety of banking and consumer fraud cases. Mr. Greenfield founded and was Senior Partner in a 48 lawyer Pennsylvania-based law firm that specialized in such litigation; it was disbanded in 1993. He founded, with other lawyers, what became a 12 lawyer firm which disbanded upon the formation of his present firm in 1999.

Mr. Greenfield has achieved national and international recognition for his achievements and, in particular, for wide-ranging litigation involving the operations of banks, including features on the British Broadcasting Corporation's Money Programme; American Broadcasting Company's Business World; front-page articles in The Wall Street Journal; and a substantial article in The New York Times; a cover story in Banker's Monthly; and profile articles in Florida Trend, The American Lawyer, Philadelphia Business Journal, The Philadelphia Inquirer, Dagens Industri (Sweden's equivalent of The Wall Street Journal), American Banker, St. Petersburg Times, United States Banker, Ft. Lauderdale Sun-Sentinel and the Palm Beach Daily News. On September 3, 2009, he appeared on the Fox Business Network, speaking on the subject of the Bernard Madoff debacle and the failure of SEC and FINRA oversight. He is often sought by the business and legal media for comment on a wide variety of corporate, securities and shareholder rights topics and has been frequently quoted in every major business and law newspaper and

periodical. In 1989, he was selected by <u>The National Law Journal</u> as one of 50 lawyers under the age of 50 who achieved national recognition for their professional accomplishments. In 1991, he was selected by <u>The National Law Journal</u> as one of the nation's 100 most influential lawyers.

Mr. Greenfield has been a periodic member of the faculty of the Practising Law Institute and has participated as a lecturer and panelist most recently in the programs <u>New Trends in Securities Litigation</u> as well as PLI's <u>Securities Litigation Institute</u>. He has also been a guest speaker at the Annual Meeting of the Conference of Actuaries in Public Practice held in Seattle, Washington, where he presented a paper entitled <u>The Noose Tightens - Disclosure of Pension Liabilities Under The Federal Securities Laws</u>, which was subsequently published. He has addressed Annual Conventions of the Association of Trial Lawyers of America and numerous programs of ALI-ABA and the Litigation Section of the American Bar Association, where he has spoken on various topics including class actions, securities fraud litigation, corporate governance, discovery in commercial litigation, attorneys fees and RICO litigation against accountants and lawyers, among others. He has been a guest speaker at programs of the state bars of Pennsylvania, Minnesota and Georgia and by other sponsors including, *inter alia*, The Commonwealth Club of California, Executive Seminars, Prentice-Hall, etc. He has been invited to speak on complex litigation and class actions at a retreat of one of the nation's largest defense-oriented law firms. More recently, Mr. Greenfield was a guest speaker at The Palm Beach Round Table, where the topic of his remarks was <u>Corporate Kleptocracy – The Failure of Corporate Governance</u>. He has also been a featured speaker in February and July 2005 and July 2006 at ALI-ABA programs in New Orleans, San Francisco and Chicago, where he spoke on the representation of beneficiaries in litigation against corporate fiduciaries.

Consistent with his speaking on topics relating to corporate governance, in September 2008, Mr. Greenfield was invited to and made a presentation to the Boards of Trustees/Directors of a group of mutual funds with $69 billion in assets entitled: "How to Avoid Being Sued by Your Shareholders," focusing on fee fairness, breaches of fiduciary duty and risk management.

Mr. Greenfield was a lecturer on bank fraud litigation at the Eighth Annual Banking Law Institute sponsored by the Texas Tech School of Law in Houston, and on securities litigation at the Minnesota Institute of Legal Education's annual "Lying, Cheating and Stealing" Seminar in Minneapolis. He has organized and presented a program on Federal Class Actions for the Federal Bar Association. He has been the featured speaker at Institutional Investor Institute's "Spring Pension Fund Roundtable" in New York and at the Inner Circle of Advocates' Annual Meeting in San Diego. He has been a member of the Board of Advisors of the Banking Law Review and has authored a chapter on class actions and other representative litigation in a desk book published by the New York State Bar Association entitled <u>Federal Civil Practice</u>, and its up-dates. He was a featured speaker at the Young Presidents Organization program on corporate litigation held in the United States Courthouse in Philadelphia presided over by the Honorable Stewart Daltzell and the Progressive Risk Management program on avoidance of shareholder litigation held in Sanibel Island, Florida. In 1996, Mr. Greenfield was a guest speaker at The International Biotechnology Conference in Philadelphia, where he spoke on the impact of the Private Securities Litigation Reform Act of 1995 and at the Pennsylvania Bar Institute's 2000 and 2001 programs where he addressed employees of the Law Department of the City of Philadelphia as well as members of the private bar on "Affirmative Municipal Litigation." He has also been a guest lecturer at the Wharton School of the University of Pennsylvania (leveraged buy-outs), Rutgers University School of Business (mergers and acquisitions) and the Temple University School of Law (shareholder derivative litigation). He has also been a guest lecturer at the University of Florida Graduate School of Business in March, 2007, speaking on the subjects of corporate governance and shareholder litigation. On February 22, 2010, Mr. Greenfield, was a guest lecturer at a Pennsylvania Bar Institute program, "Basics of Antitrust Law."

In July 2004, Mr. Greenfield was a guest lecturer for the Federal Financial Institutions Examination Council, the governmental training body for bank examiners of the FDIC, the Comptroller of the Currency and the Federal Reserve System, speaking on the subject of banks' conflicts of interest in the performance of their fiduciary responsibilities to beneficiaries. He has also been a Special Advisor to the Board of The Corporate Governance Institute of Florida Atlantic University. Mr. Greenfield was a guest speaker at the 24th International Symposium on Economic Crime held in September 2006 at Cambridge University in England speaking on the use of civil litigation in connection with the commission of economic crime.

Mr. Greenfield has been a member of the Editorial Advisory Board of Class Action Reports, for which he authored an article entitled "Rewarding The Class Representative: An Idea Whose Time Has Come," which appeared in the First Quarter, 1986 issue. He also authored "No More Chastity Belts: U.S. Needs Federal Corporate Code" for the Legal Times as well as many other articles for this publication and its affiliates in the American Lawyer Newspaper Group and has been a member of its National Board of Contributors. He has also written articles with respect to the fiduciary duties of financial institutions serving as trustees. He has been a member of the Federal Courts Committee of the Philadelphia Bar Association. He has also been active as Co-Chairman of the Class and Derivative Action and Securities Litigation sub-committees of the American Bar Association's Section on Litigation, and the Federal Bar Council of New York City.

Mr. Greenfield has also served as a Director of Equimark Corporation, a $2.5 billion, New York Stock Exchange listed bank holding company (prior to its acquisition) and two of its subsidiaries, Equibank (Delaware) N.A. and Liberty Savings Bank, based in Philadelphia.

Among his board memberships, Mr. Greenfield has been a Trustee or Director of the Philadelphia Museum of Art, the Hirshhorn Museum & Sculpture Garden, the Jewish Family and Children's Service of Greater Philadelphia, the Philadelphia Bar Foundation, the Public Interest Law Center of Philadelphia, American Friends of the Victoria & Albert Museum, Palm Beach Opera, the Philadelphia Festival of the Arts, HomeSafe of Palm Beach County, Inc., Florida Philharmonic, Ballet Florida, Town of Palm Beach United Way and Legal Aid Society of Palm Beach County. He has been a member of the National Committee for the Performing Arts of the Kennedy Center and the Collectors Committee of the National Gallery of Art in Washington, D.C.

**MARGUERITE R. GOODMAN**, a former member of the Firm, has been admitted to practice before the Supreme Court of the United States, the Courts of the Commonwealth of Pennsylvania, the Court of Appeals for the Third Circuit and the United States District Court for the Eastern District of Pennsylvania.

Ms. Goodman is a 1978 graduate of the Dickinson School of Law. She was on the First Place Team and won the American College of Trial Lawyers Award for Best Oral Argument at the 1977 National Appellate Moot Court Competition. She was selected for Law Review but declined for family reasons. She also holds a Masters degree in Communications from Cornell University (M.A., 1963) and a Bachelors degree from Brooklyn College (B.A., 1961).

Ms. Goodman has substantial experience in the prosecution and defense of complex commercial litigation, first with Pepper, Hamilton & Scheetz in Philadelphia, where she handled commercial, products liability, antitrust, regulatory and employment discrimination litigation. Thereafter, she was employed by the City of Philadelphia in various positions including serving as General Counsel to the Water Department and Deputy Solicitor for Enforcement, where she headed an 85-person division representing the City as plaintiff and increased its annual recovery from such litigation from $10 million to $28 million.

3

Following her employment by the City, Ms. Goodman became a shareholder of Kohn, Savett, Klein & Graf, P.C. in Philadelphia, where she continued her commercial litigation practice, handling class action, contract, antitrust, and construction matters. In 1991, she began a solo commercial litigation practice specializing in shareholder, derivative and consumer class action litigation.

Ms. Goodman was the principal author of "Defense of Public Liability Litigation Arising out of Nuclear Accidents," Nuclear Litigation 187 (PLI 1979), the author of Note, Adoption of Walker, 81 Dickinson Law Review 857 (1977) and the Editor and principal drafter, Newsletter, American Federation of Investors & Consumers.

Ms. Goodman has been a member of the Board of Directors of Planned Parenthood, the Florida Philharmonic, the Armory Art Center, Miami City Ballet, Town of Palm Beach United Way and Junior Achievement International.

Ms. Goodman and Mr. Greenfield are husband and wife.

**ANN M. CALDWELL**, formerly a partner in a predecessor of the Firm, is currently of counsel to it, has been admitted to practice before the Courts of the Commonwealth of Pennsylvania, the Third Circuit Court of Appeals and the United States District Courts for the Eastern and Middle Districts of Pennsylvania.

Ms. Caldwell is a graduate of Dickinson College (B.A. *cum laude* 1978) and of the Dickinson School of Law (J.D. *cum laude* 1984), where she was a member of the Dickinson Law Review and the Dickinson School of Law Woolsack Honor Society (top 10% of the Class).

Ms. Caldwell has substantial experience in the prosecution and defense of complex commercial litigation including shareholder derivative and consumer fraud litigation, banking and products liability cases, first with Dilworth, Paxson, Kalish & Kaufman in Philadelphia then with other firms in Philadelphia until becoming a partner in a predecessor of the Firm in 1995.

Ms. Caldwell was the principal author or co-author of a number of publications including: Note, Maressa v. New Jersey Monthly, 88 Dickinson Law Review 187 (1983) and Products Liability and Medical Devices: Diagnosis and Cure, Dickinson Law Review (1983), Defending Banks in Prime Rate Overcharge Cases Filed under RICO (Pennsylvania Bar Institute (with Edward F. Mannino and Anne Marie Kelley); Training for the New Lawyer-Preparing for Taking and Defending Depositions, ABA Section of Litigation (1987); Ounce of prevention-Ways to Diminish Exposure to Product Liability Claims, Focus Magazine (1991); When Disaster Strikes, The Pennsylvania Lawyer (1992). She has also lectured before the ABA Section of Litigation on the topic Training for the New Lawyer (1987).

**MICHAEL I. SHAFTEL**, formerly an associate in a predecessor of the Firm, is currently of counsel to it, has been admitted to practice before the Courts of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania.

Mr. Shaftel is a graduate of the San Francisco Art Institute (B.F.A. with honors 1980) and the Vermont Law School (J.D. 1993), where he was Note Editor of the Vermont Law Review.

His responsibilities for the Firm have included extensive brief and motion drafting; conducting written discovery and depositions; drafting in depth research memoranda and legal opinions, case evaluations and mediation statements; and managing large-scale document review and analysis projects.

Mr. Shaftel was the author of <u>CERCLA Injunctive Orders in Chapter 11 Bankruptcy: Fresh Start or Free Ride for the Reorganized Debtor?</u> 17 VT. L. REV. 281 (1992).

February 22, 2010