UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

| | | |
|---|---|---|
| N.A. Lambrecht and Jeffrey P. Jannett, Derivatively on Behalf of Nominal Defendant Eli Lilly & Company | : : : : | |
| Plaintiffs, | : : | C.A. No. 1:08-cv-0068-WTL-TAB |
| v. | : : | |
| Sidney Taurel, John C. Lechleiter Sir Winfreid Bischoff, J. Michael Cook, Franklyn G. Pendergast, Kathi P. Seifert, George M. Fisher, Alfred G. Gilman, Martin S. Feldstein, J. Erik Fyrwald, Ellen R. Marram, Sir John Rose, Charles E. Golden, Steven C. Beering, August M. Watanabe, Linda Lay, Randall L. Tobias and J. Clayburn LaForce, Jr., | : : : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : : | |
| -and- | : : | |
| ELI LILLY & COMPANY, | : : | |
| Nominal Defendant. | : | |

_____

**DECLARATION OF DAVID C. CAMPBELL IN SUPPORT OF
PETITION FOR ATTORNEYS' FEES, INCLUSIVE OF EXPENSES**

I, David C. Campbell, hereby declare:

1. I am a partner in the firm of Bingham McHale LLP. I am submitting this declaration in support of the application for an award of attorneys' fees, inclusive of expenses, in connection with the services rendered in the course of the litigation of the Derivative Actions (as

defined in the Stipulation of Settlement, executed on February 25, 2010 (Docket # 69-1) on behalf of Nominal Defendant Eli Lilly & Co.  I am over the age of 21, have personal knowledge of the facts stated herein, and, if sworn as a witness, can competently testify to the facts stated herein.

  2. My firm has incurred a total of 151.30 hours from the inception of the Derivative Actions through October 31, 2009.  The hourly rates and lodestar of attorneys and paralegals from my firm principally responsible for the litigation of the Derivative Actions are as follows:

| NAME | HOURLY RATE | LODESTAR |
|---|---|---|
| David Campbell (P) | 475.00 | 36,052.50 |
| James Strenski (P) | 350.00 | 18,690.00 |
| Alex Gude (A) | 150.00 | 315.00 |
| Adam Carroll (A) | 210.00 | 2,457.00 |
| Eileen Ridgway (PL) | 160.00 | 208.00 |
| Durene Gaskin (PL) | 145.00 | 1,000.50 |

  3. The total lodestar for the work performed by these counsel and paralegals equaled $58,723.00.  Since October 31, 2009, my firm has expended an additional $8,882.50 in lodestar in connection with the preliminary and final approval process.  This information was prepared from contemporaneous time records regularly prepared and maintained by my firm.  Time spent in preparing this declaration in support of my firm's application for fees and reimbursement of expenses, and any other time related to billing or periodic time reporting, has not been included in this chart summarizing my firm's hours and lodestar.

  4. My firm incurred a total of $884.91 in unreimbursed expenses in connection with the prosecution of the Derivative Actions, broken down into categories in the chart attached hereto as Exhibit 1.

  5. The expenses incurred pertaining to this case are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers and check

records prepared in the normal course of business, and are an accurate record of the expenses incurred.

6.    With respect to the standing of counsel in this case, attached hereto as Exhibit 2 is a brief biography of my firm.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on *March 15*, 2010, at *Indianapolis*, *IN*.

*/s/ David C. Campbell*
David C. Campbell

# Exhibit 1

ELI LILLY
SHAREHOLDER DERIVATIVE ACTION
BINGHAM MCHALE LLP
EXPENSE CATEGORY BREAKDOWN
PERIOD: 12/27/07 to 3/9/10

| CATEGORY | CURRENT AMOUNT | TOTAL TO DATE |
|---|---|---|
| Experts and consultants | | |
| Court Costs | | $470.00 |
| Transcripts | | |
| IT and Document Management Costs | | |
| Conference call services | | |
| Plane, train and taxi | | |
| Meals | | |
| Hotel | | |
| Copying Costs | $55.20 | $369.00 |
| FedEx/UPS/Messenger service | | $35.00 |
| Long Distance Telephone | | $8.19 |
| On-line research | | |
| Postage | | $2.72 |
| | | |
| TOTAL | | $884.91 |

1477201

# **<u>Exhibit 2</u>**

# Bingham • McHale
## ATTORNEYS AT LAW
*Perceptive. Responsive. Effective.*

Bingham McHale LLP is an Indianapolis-based law firm focusing on business and business litigation. The Firm's practice areas include: business advisory, environmental, government, labor and employment, litigation, private clients, and real estate. Bingham McHale has a sophisticated business litigation practice, which includes: appellate, general corporate and commercial litigation, class actions, creditor's rights, health care, labor and employment, professional liability, securities, trade secret/unfair competition, and intellectual property. Several litigation partners are listed in Best Lawyers in America, Chambers USA, and are fellows in the American College of Trial Lawyers and the American College of Appellate Counsel. Bingham McHale has 140 lawyers, with approximately 40% dedicated to litigation practice.

The Bingham McHale partner responsible for this matter is David C. Campbell. Mr. Campbell has practiced since 1974, when he was admitted to the Indiana state bar. He is also admitted before the United States District Court, the United States Court of Appeals for the Seventh Circuit, and the United States Supreme Court. He received his law degree from Indiana University, *summa cum laude*, in 1974. Mr. Campbell is a fellow in the American College of Trial Lawyers, listed in Chambers USA (Indiana and America's leading commercial litigation attorneys), and listed in Best Lawyers in America. He is a former president of the Indianapolis Legal Aid Society.

His representative cases include:

- *Charter One Mortgage Corp. v. Condra*, 865 N.E.2d 602 (Ind. 2007). The Firm represented Charter One in a successful defense of a class action involving mortgage finance charges.

- *Ohio Valley Plastics, Inc. v. National City Bank*, 687 N.E.2d 260 (Ind. App. 1997). This was the first Indiana case to interpret a newly-enacted Indiana statute regarding the statute of frauds application to credit agreements.

- *Barth v. Barth*, 659 N.E.2d 559 (Ind. 1995). The Barth series of cases are the leading Indiana decisions regarding shareholder derivative actions and closely-held corporations.

- *Scariano v. Justices of the Supreme Court of the State of Indiana*, 38 F.3d 920 (7thCir. 1994); 47 F.3d 173 (7thCir. 1995). Mr. Campbell represented the Justices of the Supreme Court of the state of Indiana in a matter involving a Supreme Court admission and disciplinary rule.

Mr. Campbell most recently authored "Rights and Duties of Shareholders in Closely-Held Corporations: Considerations for Litigation," which was published in *The Indiana Civil Litigation Review* (2005).