UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| N.A. Lambrecht and Jeffrey P. Jannett, Derivatively on Behalf of Nominal Defendant Eli Lilly & Company | : : : : | |
| Plaintiffs, | : : | C.A. No. 1:08-cv-0068-WTL-TAB |
| v. | : : | |
| Sidney Taurel, John C. Lechleiter Sir Winfreid Bischoff, J. Michael Cook, Franklyn G. Pendergast, Kathi P. Seifert, George M. Fisher, Alfred G. Gilman, Martin S. Feldstein, J. Erik Fyrwald, Ellen R. Marram, Sir John Rose, Charles E. Golden, Steven C. Beering, August M. Watanabe, Linda Lay, Randall L. Tobias and J. Clayburn LaForce, Jr., | : : : : : : : : : : : | JURY TRIAL DEMANDED |
| Defendants | : : | |
| -and- | : : | |
| ELI LILLY & COMPANY, | : : | |
| Nominal Defendant. | : | |

**DECLARATION OF LAWRENCE D. PASKOWITZ IN SUPPORT OF
PETITION FOR ATTORNEYS' FEES, INCLUSIVE OF EXPENSES**

I, Lawrence D. Paskowitz, hereby declare:

1. I am a partner in the firm of Paskowitz & Associates. I am submitting this declaration in support of the application for an award of attorneys' fees, inclusive of expenses, in connection with the services rendered in the course of the litigation of the Derivative Actions (as

defined in the Stipulation of Settlement, executed on February 25, 2010 (Docket # 69-1) on behalf of Nominal Defendant Eli Lilly & Co. I am over the age of 21, have personal knowledge of the facts stated herein, and, if sworn as a witness, can competently testify to the facts stated herein.

2.      My firm has incurred a total of 902.75 hours from the inception of the Derivative Actions through November 19, 2009. The hourly rates and lodestar of attorneys and paralegals from my firm principally responsible for the litigation of the Derivative Actions are as follows:

| NAME | HOURLY RATE | LODESTAR |
| --- | --- | --- |
| Lawrence Paskowitz (P) | 595.00 | 310,530.50 |
| Roy Jacobs (P) | 595.00 | 181,980.75 |
| Meredith McBridge (A) | 175.00 | 13,125.00 |

3.      The total lodestar for the work performed by these counsel and paralegals equals $505,636.25. Since November 19, 2009, my firm has expended an additional $9,460.50 of lodestar in connection with the preliminary and final approval process. This information was prepared from contemporaneous time records regularly prepared and maintained by my firm. Time spent in preparing this declaration in support of my firm's application for fees and reimbursement of expenses, and any other time related to billing or periodic time reporting, has not been included in this chart summarizing my firm's hours and lodestar.

4.      My firm incurred a total of $2,437.00 in unreimbursed expenses in connection with the prosecution of the Derivative Actions, broken down into categories in the chart attached hereto as Exhibit 1.

5.      The expenses incurred pertaining to this case are reflected on the books and records of my firm. These books and records are prepared from expense vouchers and check records prepared in the normal course of business, and are an accurate record of the expenses incurred.

6.      With respect to the standing of counsel in this case, attached hereto as Exhibit 2 is a brief biography of my firm.

I declare under the penalties of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 18, 2010, at New York, New York.

_____
Laurence D. Paskowitz

# EXHIBIT 1

# EXHIBIT 1

## EXHIBIT 1

## ELI LILLY
## SHAREHOLDER DERIVATIVE ACTION
## *PASKOWITZ & ASSOCIATES*
## EXPENSE CATEGORY BREAKDOWN
## PERIOD: *FROM INCEPTION THROUGH NOVEMBER 19, 2009*

| EXPENSE | TOTAL |
|---|---|
| On-Line research | $358.50 |
| Experts | |
| Court costs/service | 1,778.50 |
| IT and Document Management Costs | |
| Long distance/conference calls | |
| Travel/lodging/meals | |
| Copying costs | |
| FedEx/UPS/postage/messenger service | 300.00 |

# EXHIBIT 2

# EXHIBIT 2

**EXHIBIT 2**

## PASKOWITZ & ASSOCIATES

## FIRM RESUME

Paskowitz & Associates specializes in class actions brought on behalf of shareholders and consumers, and shareholder's derivative litigation.

Mr. Laurence Paskowitz, the firm's senior attorney, began his career at what was then Pomerantz Levy Haudek & Block (now Pomerantz Haudek Block Grossman & Gross), a firm founded by the late Abraham Pomerantz, who was often referred to as "the father of the shareholder class action." During his tenure there as an associate from 1983-89, Mr. Paskowitz played a principal role in a variety of cases involving tender offers, mergers, securities fraud, and antitrust law.

Mr. Paskowitz joined Wolf Popper Ross Wolf & Jones in 1989 (now Wolf Popper, LLP), became a partner in 1991, and then Chairman of the Corporate and Commercial Litigation Department in 1995. Wolf Popper is one of the most prominent national firms specializing in shareholder and consumer rights, and complex corporate litigation. While there, Mr. Paskowitz served as lead counsel or co-lead counsel on more than two dozen shareholder actions, including class and derivative actions involving excessive compensation. Mr. Paskowitz won settlements of $12 million derivatively on behalf of Brooke Group, Inc., a similar amount for Citizens Utilities Corp., and $9 million for Lin Broadcasting Corp. Mr. Paskowitz also played a leading role in obtaining class action settlements in securities fraud actions against Tenneco Corp. ($50 million settlement); McDonell Douglas Equipment Leasing Securities Litigation ($35 million

recovery); Valley National Corp. ($10 million settlement); and Security Pacific Corp. ($9 million settlement). From 1997-2000, Mr. Paskowitz was a sole practitioner, who continued to specialize in shareholder litigation. During this period, he was among a team of lawyers who initiated the shareholder litigation over the collapse of USN Communications, an action which was resolved for $45 million.

In 2000, Mr. Paskowitz formed the firm of Abraham & Paskowitz. During his tenure at that firm from 2000 through March, 2002, Mr. Paskowitz served as lead or co-lead counsel for cases that achieved substantial recoveries, including *In re Netcreations Shareholder Litigation* (improvement in buyout price of $12 million for class of investors) and *In re CSFBdirect Shareholders Litigation* (shareholders who objected to unfair tender offer price paid $36 million more for their shares pursuant to settlement). The firm also recovered $20 million in cash in a "short swing" insider profit case--what was then the largest cash recovery ever achieved in a case of that nature *Steiner v. Williams*, 2001 U.S. Dist. LEXIS 7097 (S.D.N.Y. May 31, 2001)("Here the shareholders...received a $20,000,000 benefit as a sole result of the diligence and sagacity of Plaintiff's counsel.").

Mr. Paskowitz graduated with highest honors from the Hofstra University School of Law in 1983, where he served as an editor of the *Hofstra Law Review*. He has published articles that have appeared in the *Hofstra Law Review and The New York Law Journal,* and has been a member of the New York State Bar Association Committee on Class Actions. Mr. Paskowitz has been admitted to the U.S. District Courts for the Southern and Eastern Districts of New York, the District of Arizona, and the Federal Courts of Appeals for the Second, Third, Fifth and Eighth Circuits. He has practiced

before federal and state courts throughout the country, and before the Judicial Panel on Multidistrict Litigation.

Paskowitz & Associates was founded in April, 2002 and employs as "of counsel" to the firm Mr. Roy L. Jacobs, an attorney who has concentrated in shareholder litigation for over 20 years, and who has been instrumental in guiding complex litigations which have achieved millions of dollars in recoveries.

Mr. Jacobs is a 1975 *cum laude* graduate of Brooklyn Law School. From 1975-1987 he was an attorney in Texaco Inc.'s legal department at its corporate headquarters, wherein he successfully handled a wide array complex commercial and antitrust litigation from inception through trial, including an eight week antitrust jury trial in the United States District Court for the Southern District of California, which resulted in a complete victory for Texaco.

Thereafter, while at Wolf Popper LLP, a firm which concentrated in securities and shareholder litigation, Mr. Jacobs worked on numerous complex class and derivative actions, and handled much of the Firm's non-class litigation, representing both plaintiffs and defendants from inception through trial. While at Wolf Popper, Mr. Jacobs was one of the lead counsel in *Maywalt v. Parker & Parsley Petroleum Company*, 864 F. Supp. 1422 (S.D.N.Y. 1994), *aff'd* 67 F.3d 1072 (2d Cir. 1995), which resulted in a recovery to the shareholder class in excess of $8 million.

In December 1996, he opened his own firm in New York City emphasizing business and commercial litigation, securities arbitrations, securities and consumer class actions and general litigation. Since opening his own practice, Mr. Jacobs has recovered millions of dollars for clients, including the settlement of an action pending in the United

3

States District Court for the Central District of California of almost $4 million from an insurance company which had failed to pay on a life insurance policy. The settlement constituted approximately 2.5 times the face amount of the policy. Mr. Jacobs has also obtained numerous favorable settlements in securities arbitrations and mediations before NASD Regulation, Inc. and the New York Stock Exchange representing customers against Broker-Dealers. In court cases, Mr. Jacobs has obtained recoveries in a wide range of matters, including will contests, real property quiet title actions, EEOC actions, actions for false arrest and other intentional torts. Additionally, Mr. Jacobs has successfully defended clients sued in both state and federal court in New York, securing dismissal of the claims against them, including actions under the securities laws, fraudulent conveyance claims and piercing the corporate veil. Mr. Jacobs has handled a number of appeals in state and federal courts.

Mr. Jacobs has over 25 years experience in handling complex litigation and corporate matters. He is admitted to the courts of New York, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeal for the Second, Seventh, Ninth, and D.C. Circuits.

In January 2010, Angelica Kontoroff joined our firm as an associate. Ms. Kontoroff is admitted in New Jersey and is awaiting admission in New York. Angelica graduated *cum laude* from the Fordham School of Law in June 2009, where she was Writing and Research Editor of the *Fordham Intellectual Property, Media & Entertainment Law Journal*, and a winner of the Addison M. Metcalf Labor Law Prize and the Archibald R. Murray Public Service Award.

Paskowitz & Associates served as lead counsel or co-lead counsel in *Steven*

4

*Madden Corp. Derivative Litigation* (achieving $8.6 million derivative settlement in action alleging unfair employment contract for CEO who was convicted of money laundering and securities fraud); *Capital One Consumer Practices Litigation* (predatory lending practices); and played a key role in achieving a $41 million settlement in *In re New Power Secs. Litig*, 02 CV 0550 (SDNY), where the firm represented Co-Lead Plaintiff Michael Bertan.

In addition, Paskowitz & Associates was appointed Co-Lead Counsel by the Delaware Court of Chancery in *In re Cablevision/Rainbow Media Tracking Stock Litigation, Cons.* C.A. No. 19819, which resulted in an $8.25 million class settlement, which was approved in 2008. We also served as lead counsel in *Berger v. Scharf,* a class action pending in New York Supreme Court on behalf of shareholders who were harmed when the directors breached their fiduciary duties by voluntary de-listing the company's public shares. In that case, prior to a successful settlement, we prevailed on a motion to dismiss in a decision which made new law regarding shareholder rights. *Berger v. Scharf,* 2006 N.Y. Misc. LEXIS 674 (N.Y. Sup. Mar. 29, 2006). Very recently, in *Young v. Klaasen, et al.*, C.A. No. 2770 (Del. Ch. April 25, 2008), we were among the co-lead counsel to win a groundbreaking victory establishing the discovery rights of plaintiff in a shareholder's derivative suit.

We additionally have been appointed as co-lead counsel in *In re MBNA Corp. Derivative and Class Litigation*, a case pending in the United States District Court for the District of Delaware which was settled in October 2009 for $ 7 million in benefits. Additionally, we were appointed in January 2010 by the United States District Court for the District of Delaware to serve as co-lead counsel in a shareholder's derivative suit

brought on behalf of Intel Corp. concerning approximately $2.7 billion paid by Intel in fines and settlements stemming from alleged antitrust law violations.