Mitchell Glass, MD
902 N. Broom Street
Wilmington DE 1906

Statement for Expert Witness Services

To: Morris and Morris Counselors at Law
    Suite 300
    4001 Kennett Pike Wilmington DE 19807

c/o Karen Morris

Re: Lilly Derivative Action

October 2008 to November 2009. Activities in conjunction with preparation of expert report on medical risk management, life cycle of pharmaceuticals and settlement terms:
Total:                              $250,000

*[signature]*

Mitchell Glass, MD

19 March 2010