

4 Bellevue Street
Wellesley, MA 02481

February 10, 2010

**Invoice bill to:**

Ms. Karen Morris
Morris and Morris LLC
Counselors at Law
Suite 300
4001 Kennett Pike
Wilmington, Delaware 19807

**RE:   Lilly Derivative Action**
**Invoice# 20100104 (2 of 2)**

| **Item** | **Amount** |
|---|---|
| Fixed Fee – Expert Report | $ 50,000.00 |
| Amount Paid | 25,000.00 |
| **Net Amount Due:** | **$25,000.00** |

This invoice is due within 10 business days.  Please reference the above invoice number, make check payable to James Lam & Associates, Inc., and send to:

James Lam & Associates, Inc.
4 Bellevue Street
Wellesley, MA  02481