Statement for Expert Witness Services

To: Morris & Morris, Counselors at Law
    Suite 300
    4001 Kennett Pike
    Wilmington DE  19807

    c/o Karen Morris

From: Donald C. Langevoort

    Home Address: 9511 Bent Creek Lane
                  Vienna VA  22182

Re: *Lilly Derivative Action*

June-November 2009.  Preparation of expert report on fairness of settlement terms (see following page): 37 hours @ $575 per hour

    Total:  $21,275

                                                    _____
                                                    Donald C. Langevoort

Date: March 12, 2010