

# INVOICE

| | |
|---|---|
| Invoice Date | Invoice Number |
| 03/29/2010 | 0001722558SA-100 |

TO: **Karen L. Morris**
**Morris and Morris, LLC**
**4001 Kennett Pike**
**Suite 300**
**Wilmington, DE 19807**

REFERENCE #: **1100058286**   SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Eli Lilly Co. Shareholders Litigation**
REPRESENTING: **N\A**
NEUTRAL(S): **Hon. Edward Infante (Ret.)**
HEARING TYPE: **Mediation**
REP# 1

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 06/22/2009 | Hon. Edward Infante (Ret.)<br>Travel Time | 2.60 | 4,000.00 | 2 | 2,000.00 |
| 06/25/2009<br>9:00 am | Hon. Edward Infante (Ret.)<br>Session Time | 8.00 | 12,000.00 | 2 | 6,000.00 |
| 06/26/2009<br>9:00 am | Hon. Edward Infante (Ret.)<br>Session Time | 8.00 | 12,000.00 | 2 | 6,000.00 |
| 12/16/2009 | Hon. Edward Infante (Ret.)<br>Conference call | 0.25 | 200.00 | 2 | 100.00 |
| 12/23/2009 | Hon. Edward Infante (Ret.)<br>Telephone conference with counsel | 0.25 | 200.00 | 2 | 100.00 |
| 12/29/2009 | Hon. Edward Infante (Ret.)<br>Read plaintiff's statement re fees; Read expert reports, stipulation of settlement and exhibits. | 3.75 | 3,000.00 | 2 | 1,500.00 |
| 01/15/2010 | Hon. Edward Infante (Ret.)<br>Reading Lilly submissions and exhibits | 3.00 | 2,400.00 | 2 | 1,200.00 |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



**INVOICE**

| | Invoice Date | Invoice Number |
|---|---|---|
| | 03/29/2010 | 0001722558SA-100 |

| TO: | Karen L. Morris | REFERENCE #: | 1100058286 | SBC |
|---|---|---|---|---|
| | Morris and Morris, LLC | BILLING CONTACT: | Glenn Mason 949-224-4654 | |
| | 4001 Kennett Pike | FEDERAL TAX ID: | 68-0542699 | |
| | Suite 300 | | | |
| | Wilmington, DE 19807 | | | |

RE: **In re Eli Lilly Co. Shareholders Litigation**
REPRESENTING: **N\A**         NEUTRAL(S): **Hon. Edward Infante (Ret.)**
HEARING TYPE: **Mediation**                                               **REP# 1**

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 01/19/2010 | Hon. Edward Infante (Ret.)<br>Telephone conference | 0.75 | 600.00 | 2 | 300.00 |
| 01/31/2010 | Hon. Edward Infante (Ret.)<br>Travel Time | 8.00 | 10,000.00 | 2 | 5,000.00 |
| 02/01/2010<br>9:00 am | Hon. Edward Infante (Ret.)<br>Session Time | 8.00 | 12,000.00 | 2 | 6,000.00 |
| 02/16/2010 | Hon. Edward Infante (Ret.)<br>Month of February:<br>Various conference calls and negotiations re fees; Preparation of declaration. | 6.30 | 5,000.00 | 2 | 2,500.00 |
| 03/18/2010 | Hon. Edward Infante (Ret.)<br>Reviewed notes; Approved a declaration of the Mediator for submission. | 0.75 | 600.00 | 2 | 300.00 |
| 03/29/2010 | Case Management Fee | | | | 1,818.75 |
| | **Fees** | | | | **32,818.75** |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.



# INVOICE

| | Invoice Date | Invoice Number |
|---|---|---|
| | 03/29/2010 | 0001722558SA-100 |

TO: **Karen L. Morris**  
**Morris and Morris, LLC**  
**4001 Kennett Pike**  
**Suite 300**  
**Wilmington, DE 19807**

REFERENCE #: **1100058286**  SBC  
BILLING CONTACT: **Glenn Mason 949-224-4654**  
FEDERAL TAX ID: **68-0542699**

RE: **In re Eli Lilly Co. Shareholders Litigation**

REPRESENTING: **N\A**  NEUTRAL(S): **Hon. Edward Infante (Ret.)**

HEARING TYPE: **Mediation**  REP# 1

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| 06/26/2009 | **Hon. Edward Infante (Ret.)** | | 1,643.44 | 2 | 821.72 |
| | **Travel Expenses:**<br>**$663.40 - Airfare**<br>**$811.00 - Lodging**<br>**$136.04 - Meals**<br>**$33.00 - Taxis**<br>**TOTAL = $1,643.44** | | | | |
| 01/29/2010 | **Hon. Edward Infante (Ret.)** | | 33.82 | 2 | 16.91 |
| | **FED EX charges for delivery on 1/29/10 (Ref# 9-490-81241).** | | | | |
| 02/01/2010 | **Hon. Edward Infante (Ret.)** | | 1,538.96 | 2 | 769.48 |
| | **Travel Expenses:**<br>**$1,035.40 - Airfare**<br>**$263.99 - Lodging**<br>**$111.00 - Taxis**<br>**$66.00 - Parking**<br>**$62.57 - Meals**<br>**TOTAL = $1,538.96** | | | | |
| 02/12/2010 | **Hon. Edward Infante (Ret.)** | | 6.09 | 2 | 3.04 |
| | **APC CHARGE for conference call on 2/12/10 between Neutral and counsel (ref# 02122010).** | | | | |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:  
**P.O. Box 512850**  
**Los Angeles, CA 90051-0850**  
Invoice total is based on the fee split agreed upon by all parties.  
If the case cancels or continues, fees are due per our cancellation and continuance policy.



# INVOICE

Invoice Date **03/29/2010**
Invoice Number **0001722558SA-100**

TO: **Karen L. Morris**
**Morris and Morris, LLC**
**4001 Kennett Pike**
**Suite 300**
**Wilmington, DE 19807**

REFERENCE #: **1100058286**  SBC
BILLING CONTACT: **Glenn Mason 949-224-4654**
FEDERAL TAX ID: **68-0542699**

RE: **In re Eli Lilly Co. Shareholders Litigation**
REPRESENTING: **N\A**
HEARING TYPE: **Mediation**

NEUTRAL(S): **Hon. Edward Infante (Ret.)**
**REP# 1**

| Date/Time | Description | Hours | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|
| | **Expenses/Retainers** | | | | **1,611.15** |
| | **Total** | | | | **$ 34,429.90** |

Payment due upon receipt. Please make checks payable to JAMS, Inc. and mail to:
**P.O. Box 512850**
**Los Angeles, CA 90051-0850**
Invoice total is based on the fee split agreed upon by all parties.
If the case cancels or continues, fees are due per our cancellation and continuance policy.