UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| N.A. LAMBRECHT, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-68-WTL-TAB |
| | ) | |
| SIDNEY TAUREL, et al., | ) | |
|     Defendants. | ) | |

**ORDER**

Parties appeared by counsel on April 29, 2010, for a settlement hearing. After considering the parties' presentations and written submissions, the Court requests supplemental briefing on the following questions:

1. In *Florin v. Nationsback of Georgia, N.A.*, 34 F.3d 560, 565 (7th Cir. 1994), the Seventh Circuit "determined that risk multipliers remain available in common fund cases after [*City of Burlington v. Dague*, 505 U.S. 557 (1992)]," and reaffirmed that "a risk multiplier is not merely available in a common fund case but mandated, if the court finds that counsel 'had no sure source of compensation for their services.'" In *Florin*, the attorney's fee award was charged against the plaintiffs' fund, rather than directly against the defendant. Does *Florin* mandate a multiplier in this case, where the proposed settlement is nonmonetary and does not include a plaintiffs' fund?

2. If *Florin* does not apply to this settlement, do the principles articulated in *Dague* and *Perdue v. Kenny A.*, No. 08-970, 2010 WL 1558980 (U.S. Apr. 21, 2010), apply?

3. Aside from the contingent nature of the case, what reasons support awarding a multiplier in this case?

Plaintiffs shall submit a responsive brief of 10 pages or less within 14 days of this order.

Defendants may, but need not, submit a responsive brief of the same length within 14 days of this order.

Dated:   05/07/2010

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Peter T. Barbur
CRAVATH SWAINE & MOORE LLP
pbarbur@cravath.com

Michael E. Baughman
PEPPER HAMILTON LLP
baughmanm@pepperlaw.com

Ann M. Caldwell
CALDWELL LAW OFFICE LLC
acaldwell@classactlaw.com

David C. Campbell
BINGHAM MCHALE LLP
dcampbell@binghammchale.com

Jan M. Carroll
BARNES & THORNBURG LLP
jan.carroll@btlaw.com

Richard D Greenfield
GREENFIELD & GOODMAN LLC
whitehatrdg@earthlink.net

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Robert L. Hickok
PEPPER HAMILTON LLP
hickokr@pepperlaw.com

Duane L. Loft
CRAVATH SWAINE & MOORE LLP
dloft@cravath.com

Kyle W. Mach
CRAVATH SWAINE & MOORE LLP

kmach@cravath.com

Karen L. Morris
MORRIS & MORRIS LLC
kmorris@morrisandmorrislaw.com

Patrick F. Morris
MORRIS AND MORRIS LLC
pmorris@morrisandmorrislaw.com

Marc J.M. Moss
MARC J.M. MOSS, ESQ.
mmoss@mosslawllc.com

Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963

Christopher G. Scanlon
BAKER & DANIELS - Indianapolis
chris.scanlon@bakerd.com

James P. Strenski
CANTRELL, STRENSKI & MEHRINGER, LLP
jstrenski@csmlawfirm.com

Paul T. Warner
THE WARNER LAW FIRM
pwarner@warner-law.net